THE PEOPLE OF THE STATE OF CALIFORNIA, EX REL.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

DELIVERED DEC 15 2025

FILED
CLERK, U.S. DISTRICT COURT
01/05/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

N/S

2:26-CV-00313-CBM-BFM

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA (IN THE MATTER CASE OF Jenny Aviles Gonzalez Case No 22CCJP01759A; (Child Abuse And Neglect Reporting Act CANRA) Case filed in Dep. of Justice By Gen. Att. ROB BONTA<br>PLNT.<br>LOS ANGELES COUNTY DCFS Director, Nichols T. Brandon<br>Supervisor Vera Gray<br>Soc. Wkr. Brenda Velezquez<br>Soc. Wkr. Melissa Ricas<br>Soc. Wkr. Correen Roman<br>Soc. Wkr. Claudia Vergara<br>Soc. Wkr. Maria Rodriguez<br>FAMILY COURT, Monterey Park CA<br>Hon. Annabelle G Cortez<br>Attorney: Shely Marie Caterino<br>Attorney Alexandra Bowne Lohman<br>Alexandra Bowne Lohman DEFENDANT | SIXT AMENDMENT - THE RIGHT TO A FAIR TRIAL.<br>• ACCES TO JUSTICE IN BRIEF<br>• COMPULSORY PROCESS CLAUSE // DUE PROCESS.<br>Right to Reddit • US Const Crt IV § 1 / 455 US at 7.04. power over the same case<br>Case No. 2:2023 cv 07215<br>Case No. 2-2023-cv-07215<br>Case No. 2:2023-cv-07215<br>Case No 2:2023 cv 07215<br>Case No. 2:2023-cv-07215<br>Case No. 2:2023 cv 07215<br>Case No. 2-2023-cv-07215<br>STR B. RE CASE No 22-0-15431<br>STR B. RE CASE 22-0-15430<br>STR B. RE CASE No. 22-0-15514<br>Superior Court<br>case No: 2:2024 cv 11216 |

SIXT AMENDMENT: THE RIGHT TO A FAIR TRIAL • ACCES TO JUSTICE IN BRIEF, COMPULSORY PROCESS CLAUSE; DUE PROCESS, Right to Reddit U.S. Cons. Crt. IV § 1 455 US at 7.04. POWER OVER THE SAME CASE. The constitution guarantees Citizens the ability to vindicate their Rights in Court. CAC fights to protect the Right an ensure

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

the all Americans get their day in an impartial court of Law.

General overview of Plaintiff Ames Child Protection Laws in the United States

. DEFENDANTS: Access to Justice in Brief

. The federal Judiciary with the Supreme Court at its head would be the keilstone of the Arch that works to defend the right of the people to have their day in court

ISSUE BRIEF.

. Repairing our system of constitution
. Accountability - Reflections on 150th Aniversity of of section 1983

1) CES Defendents. T. BRANDIN, V. GRAY, B. VELAZ QUEZ, G. ROMAN, M.RWAS, G. VERGARA, M. RO-DRIGUEZ, FAM. COURT. HON. A. G CORTEZ, for All US, M. CATERINO & AN. D.D. WIMAN

IN CIVIL SUITS PERFORMING WITH THEIR DISCREPITRY FUNCTION! (two types of 1983 Framing liability.

ACCESS TO JUSTICE IN BRIEF

Cardozo L.Rev. de Novo (forthcomings 2022)

-In the text of section 1983. Congress demanded government accountabi-lity. Seeking to put an end to the deral or fundamental rights are subjugation to those seeking to enjoy the promise of freedom after certain Chal fed. (suvort. Indeed Congress modeled section 1983 on the Civil Rights Act of 186C a statute that refused to provide any official immunities becase they would place officers above the law

Article VI, Section 13 and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.    DELIVERED DEC 1 5 2025

DEFENDANT'S, DAMAGES I A DEPRIVATION LAWSUIT EVIDENCE

- SPECIA DAMAGES (violate Clearly) Clearly established Right, Qualified IMMUNITY. the cycliced nature of Mistreatment in a Growed Child Welfare System.

- Plantiff, Aviles Child have been injured from one unsafe environment DEF. LOS ANGELES COUNTY DCFS, foster home Care giver's placement under the supervision the STATE.

PLAINTIFF. Further abuse neglect mistreatment and in extreme Case (death) CHILD ABUSE AND NEGLECT REPORTING ACT. CANRA. Legal Case file, in U.S. Department of Justice filed by General Attorney of Justice in filed by General Attorney of CALIFORNIA (ROB BONTA)

- PLANTIFF/FATHER OF CHILD; Report Act. IN A GOOD FAITH; to protect his Daugh Her Life

- The Respect for enacted text the supreme court repealidy preaches has been missing in action. When it comes to section 983.

AMENDMENT VI;

- In all Criminal prosecutions the accussed shall enjoy the Right to a Speedy and Public. Trial, in impartial Jury of the State and contract wherein the time. Shall have been Committed

- This same immunity, applies to State employees Gov.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28301

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 15 2025

Plaintiff Child protective services; who erroneously place foster home from Defendants social workers, Are family Court Attorneys Defe.

UNLAWFULLY & INTENTIONALLY, WILLFULLY were neglected. Plantiffc are maliciously (maliciously) Abused while in their foster placment.

DEFENDANTS: UNCONSTITUTIONAL UNLAWFULLY, WILLFULLY Suffer Violations of Plantiff Child Constitutional, Rights. Civil Rights, Human Rights.

Why district shall have been previously ascertained by Law

- An to be informed of the Nature nature and Case of the witness against her, To hole compulsory process for obtaining witnesses in his favor and to have the assistence of cansel for his defense

- THE CONSTITUTION OF THE UNITED STATES AMERICA SEE EXPLANATION.
- Preamble (we the people) see explant
- Section 1. legislative power Vated Sect xplanation
- Section 2. House of Representatives See explanation
- section 3. senate see explanation
- Section 4 Elections of senators and representatives, See Explanation

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.          DELIVERED DEC 15 2025

Section 5 - Rules of house see explanation

Section 6 - Compensation and privileges of members see explanation

Section 7. passage of bills see explanation

Section 8. Scope of Legistative power se explanation

Section 9. Limits of Legislative power (se explanation

Section 10 Limits of states (se explanation

U.S. CONSTITUTION ANNOTATED TABLE OF CONTENTS

- This (election) edition of the congressional. Research Service.

U.S. Constitution Annotated is a, hypertex interpretation of the CRS text. It Links to supreme Court Opinions, The U.S Code and the Codefederal Regulations as well as. Enhancing law. sand, through readers bread cumbs interfod notes and heiber of content.

Article IV Relationships Between the states

Section 1 Full faith. and Credit Clause shall be given in each state to the public Acts Records and Judicial. proceedings of every other state and the congress may be by general m a

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Confidential under California Constitution Article VI, Section 18, and Commission Rule 102

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 15 2025

on Such Acts / Records and Proceedings Shall be power and the effect thereof

DEFENDANTS: LOS ANGELES COUNTY DCFS Director Nichols T Brandon/ Supervisor Yoa Grave Social Workers / Brenda Velazoge;//Melissa Ruiz// Correen Roman;// Claudia Vergara// MARIA Rodriguez// DEFENDANT; / FAMILY COURT MONTEREY PARK; CA / Honorable Judge Annabelle G. Cortez// Family Court Attorney Shelly Marie Catanno// Family Court Alexandra Payne Loman

1. EXCESSIVE CASE LOADS put PLANTIFF; Jenny Adel Gonzlez, At Risk

2. DEFENDANTS; INSUFFICIENT TRIUNG COACHING

3. HIGH EMPLOYEE TURN OVER AND EXCESSIVE VACANCIES put. PLANTIF, CHILD AT RISK

DEFENDANTS: FAILURE to PROTECT PLANTIFF CHILD

DEFENDANTS; ACES have a lasting impact on Plantiff's. DEFENDANTS ARE RESPONSIBLE FOR THE IMPACT OF PLANTIFF CHEI Abuse; DEFENDANTS; LA COUNTY DCFS, of FAMILY COURT; poor Cordination and information sorting Among plantiff child.

Among Child Welfare Agencys La Family Court; WelfareLaw, Law enforcement And heath care professionals P. As Plantiff chld. In High Risk seriously Doige.

Plantiff FATHER OF CHILD, Acting Report in A GOOD FAITH; CHILD ABUSE AND NEGLECT; REPORTING ACT CANRA/ Cusetued IN CALIFORNIA DEPARTMENT OF JUSTICE



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 1 5 2025

FILED: BY GENERAL ATTORNEY OF CA ROB BONTA, ALSE FILED AMBER ALERT CASE EXPLICIT AND IMPLICIT BIAS DEFENDANS: OVER RELIANCE ON FOR PROFIT CONTRACTORS (PUTS PLANTIFF (child) AT RISK. DEFENDANT (UNLAWFULLY ILLEGALLY excuse WILLFULLY EXCUSE Maliciously Excuse Because the private contractor that ran the office, didn't want to pay them overtime. Since the 1980s. DEFENDANT Has Grown Increasingly: Dependent on For-profit Companies to provide Public Services, Spending $300 Millions on more than 200 Contracts, with outside corporations. LEGALLY LAW ENFORCEMENT Because DEFENDANTS( works is to protect Chidrens 24 hrs a day seven days a week. Promarily by Responding to Reports of Child Abuse and Neglect Through their 24 hours, Children Protection, Hotline to determine if Child's need immediate intervention and protection. THERE ARE NO EXCUSES. Defendants Making false Malicious Reports In Plantiff Child, Using Child's Rights to Defame Plantiff father and Famly.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 1 5 20

Defendents SCAPEGOATING FRONT LINE WORKERS FOR THE ABUSE MENTIONED SYSTEMS PROBLEMS,

PUTS PLAINTIFF CHILD AT RISK. THE BLUE RIBBON PANEL HAS to EXAMINE Examine and cases Defendants; About the Plantiff Child Safety Problem

Established Rights Quality unity the Gynacal nature of Mistreatment in a flowed Child welfare System

Defendents, LA county DCFS AND FAMILY COURT for various ISSUES (Intentional, unlawfully false Abuse, Unfair Business Practices and Civil Rights, Violations

Cases Are filed In Superior Court Central Court, Federal Court, U.S. Department of Justice; Environmental issues

Civil Rights Compland for discrimination and other Civits Rights Violation," False Advertising / unfar Busnes Practices.

The California General Attorney officul, ROB BONTA HANDLE ISSUES The work process overhearings procedure ansing out of a Criminal SexualAssault Plantiff Child Anlss were abusing since April 29 -2022, kenapped from Middle School, DEFENDANTS Social Workers inter for in Child education, And Interfore in Long petcatives case, Inadecquate services Lying making False Malicious Reports pergery In Our FAMILY COURT IN OCTOBER 11-2022 /// DEFENDANTS PERJURY


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-89)
95 28301

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DELIVERED DEC 15 2025

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

GENERALLY (18) U. SC. 1621 Testimonial Perjury Gen. 18 USC § 1621 (a)' Having taking an OATH Sec. 1621 (1) In someone words Taken on OATH reaches sworn written or Oral testimony, Preserved to a federal tribunal, officer on-person False, truth and Ambiguity Perjury under Sec. 1621(d) two witness Rule Sec. 1621 (c) thar Perjury Prosecution is based.

Materiality to be Guilty of Perjury Under 18 USC § 1621 (a).

A false Statement is material in a Criminal prosecution for Perjury under § 1621 (a). It is Capable of Unit Stat v Brown. 845 F. 3, 735 - 743 (2d Cir) (2016) Unit Stat v, Shohn 671 f3d 1173 1179 (10th Cir 2011) qualif. United States v, Richardson 421 f3d 7. 33 (1st Cir 2005)

A Question that is truly ambigous ambigous or which affirmodively misleds B 3d Cir) 2008 C4) Perjury Conviction. under 18 USCS 1623 Can't be pred. on a response to a fine ambigulous question 99 - 808 version 111 congressional offer services, false writing as Perjury General (18 USC § 1621) (2) States, whoever 111 - In any (a) declaration S = Certificate (c) verification or (d)



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28381

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.      DELIVERED DEC 15 2025

SIXT AMENDMENT!
BILL OF RIGHTS, COMPULSORY PROCESS CLAUSE; DUE PROCESS (civil Procedure)
the sixt Amendment: Right to Cansel is Crucial.
DEFENDANTS: Time frames for Completing Investigation; Citation Lossman Cn "31" §§ 110 ills; Content of Reports / Clasification of Reports, Citation Penal Code §§ 116.7(a) Citation Pend Codes 1165, 12
(16) see eg. Jeffrey v Smitt A Historical Reassesment of FULL FAITH and Crt. 20 Geo Mason Ui Rev 485, 435 (2013).
(7) see eg Charles M Yablon 305, full FAITH and Credit Clause A it is org Ane 14 ses 33 LiPro RS, 126 (2011):
LAW THAT APPEARS TO VIOLATE THE MANDATE of THE FIRST SENTENCE OF the CLAUSE 14 see Larry Krons same sex marriage Conflict Laws and the Unconsttutional Public Policy Exception 106 VAL LDS 1965 2005 19
Ctr Unleshed am practically unexersised.
The Court has not yet rule on the second portion of the Clause that is it has not acksssed the case Clasell of Congres full FAITH and Credit Pouer Amdt 6.3 V overcien

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
96 28901

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 1 5 2025

SIXTH AMENDMENT FACTS B.
COOL KID FACTS. SIXL Amdt drawing
198. US. 45(190 32 car W Crash Con
300 US :379 (1937) Sea Plan Raenthal
plan Raenthal CT. GI Re. rose. 505
US 8 33: 861. (a98 rec over rans
(2) 530 US 57 (2000) 637.) 4th
Amdt, 6.637) Petrial Judi Proc Cnl
Rghts to early Amdt 86.31 Line
ups and Other Identification.
stevations and Rign to Consenment
6.3, 6 Namd and Investigation
Proc Rts to Cons

6th Amendment: In all Criminal
prosecutions.
The Accused Defendants
Shall Enjoy
The Right a Speed al
Public trial
Defendans By impartial
Jury/Jury of the State are distrist
Wherein.
Defendants, The Crime shall
have been committe Failure to
Protect Plantiff C Child At Risk


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 15 2025

COORDINATION PROCEEDING
Special title Rule (3.550)
Snap INC. Securities Cases.
This Docmt/Document Relates to
All Actions
        File By on Behalf of Lead Counsel of CCA
Application for award of attorney, Pro-Se
NNPF & Fees and Expenses
        AMENDMENT VI : to all criminal Pro-
seautions, ascertained by Law, and to be
to be Informed.
        at the Nature Cause of the accusa-
tion (Know your rights) (sixt Amendment)
Facts B. Cool kid Facts) BILL OF RIGHTS
Compulsory proccess Clause
        The Constitution federalist Secure
allows each State to maintain Its our
Goverment
        THE CONSTITIONS FULL FAITH - and
Credit Clause, Mitigates that RISK
by adcsting the States Interclan Hranships
        The Supreme Court Interpretation
of the Clause has shifted over time.
        The Court has settled on a
doctrinal framework the treats out
of state Laws
        , whereas The modern Court Genera
lly requires State to give-act, of State
Judgements, Conclusive efforts
        , Allowing States to , Legislature

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28301

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

DELIVERED DEC 15 2025

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

THE RIGHT TO COUNSEL // Access to Justice, Children Gender Report.
+Pursuant Rules 8.208 (e) CA
Civ, Pro Enforcement the Laws
(1) 372. u.S. 335 (1963) Gideon
Amd. E & 22

Modern Doctrine on Rights to
Have Counsel, Whal v. United States
486. U.S 153, 158 (1988) (3) 1/1372 US
at 394 (c) Feller v. United States 540 US
519. 523, 724 Brewar v. Williams 48 US
381. 392 (1977) Kalby v Illinois 406 U.S.
682, 684 (1972) Hamilton v Alabama 368
U.S. 552, 549 1961, 348 U.S 3. 510, 1954
Reynold v Cochian 365 U.s 825, 830
1961 House v Mayo 324 US 42, 46
Clams Hawk v Olson 326 U.S 274, 278
1945.

SET OUT A VIOLATION of THE
FOURTEENT AMENDMENT IN CLAIMING
FAIR TRIAL (1) (3) Amc 6, 63. 2 pretrial
(8) Judicial Proceedings
CIVIL RIGHTS to counsel
(4) Amd 6, 3-3 custodial advocacy. on
Rights Counsel Judgement to CRS

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution
Article VI, Section 18, and Commission Rule 102

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 15 202

Authority under the Clause and these wars rarely tested the power potential limits

1. See also e.v one writers Noty Ascen cc co.. v N C Gted Academt & health Ins. from Ass. 455 u.S Gal. 703-0.4.1482. N. -see eg. Undeinles; Nati Assurence@ 455 us at 7. city their power over the some case. 7/ see eg v.L. E15TUS 484, 487 (2016) per cuam Explaning the full Fanth cause quoting Milcakee Cnty v MECO 296 u.S. 268-277 l (1933). US Cons. Crt IV 31 see also ej Frenchise texi 32cu Hyatt NJ 14-1175 11 p. crt4. U.S April 19, 2016. In statue is 40Public Act U.S. Cons! cr 1VS5 l to see generally {7. see eg. Frenchise tex 3d v Hyatt 538 USC 288-485 494 (2002) the credic over to laws quoting Baker v. Gen Mot over Corp 522 US 222, 252 (1998) See eg Id wheroes the Full Faith and Credit comment is exacting with Respect to (a) Final Government a) G) convert [VS 1 10 see generally to (11) general 14 to See ej 18 B charles menwright Arthur R Miller & Ed unch 14 Conperfederal Pracice and procedue S 4467 5th ed 2016 V3) US Cons. Art IV ss 1 - see also Frenchs tax 13 cv # Yatt No 14-1175 Statcup. Parts (US Apr 19, 2016



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 15 2025

THE PEOPLE OF THE STATE OF CALIFORNIA (IN THE MATTER CASE OF: Jerry Aules Gonzolez ;Case. No. 22CGJ00175QA (CHILD ABUSE AND NEGLECT Repor ket (RIMA (CASE FILED IN DEP. OF JUSTICES BY GENE ATT. ROB BONTA.
PLAIT
LOS ANGELES COUNTY DCFS;
Director; Nichols T. Bendin
Supervisor; Vera Gra
Soc.Wkr. Brenea Velazquez
Soc Wkr. Mellisa Rivas
Soc Wkr. Correeh Roman
Soc Wkr. Claudia Vergara
Soc Wkr. Maria Rodriguez
FAMILY COURT MONTEROTH Y PARK CA.
Hon. Annabelle G. Cortez
Fam. Cort. Att.
Shelly Marie Caterino.
Fam Co+ At-
Alexandria Dawne Lohman
Alexandria Dawne Lohman
DEFENDANTS.

APENDIX A1 - ORDER TO FILE CIVIL CASE UNDER SEAL
. Rule 6.14 - Order below to file a New civil CASE Under seal in proper form.
ORDER TO FILE CIVIL CASE UNDER SEAL

CASE NO, 2:2023-cv-07215
Case No: 2:2023-cv-07215
CASE NO, 2:2023-cv-07215
CASE NO 2:2023 cv-07215
CASE NO 2:2023-cv-07215
CASE NO.2:2023-cv-07215
Case No -2:2023-cv-07215

St B. RECaseno- 22-0-15431
St.B.RO CAS No -22-0-15430
S-B RECASTNO. 22-0-15514
Superior Court
Case No- 2:2024 cv 1246

• A plaintiff (daimer Aule &/b Jenry Aules Might file a new civil case under seal in the tradtional manner to ensure a fair trial.
• And the Court having reviewed and having found sufficient case-
• Under federal Rule of civil procedure 5-2 (d) A plaintiff certify, this is Legal information with the Right to report deprived of libaty. to Gov

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed
under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28361

Confidential under California Constitution Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 1 5 2025

Plantiffs . Hereby Certify tha a Legal Report
is true or correct. To file Under seal
    ORDERED. This Case may be file under
Seal . Plantiff. Report in a GOOD FAITH
to protect His Daughter's Life. U.S. Citizen Child
Ind. Jenny Ades Gonzalez Case No. 22CJD01789A.
D. of 3. July, 24-2008, Comd contian Infor.) are
file in Dep. oJ-Justice By from AG ROB
BONTA.
    Defendant.s : - Failure to protect Child
unlawfully misconduct and Negligence
against Plaintiffs. Awes Child
    - Defendants Negligence willfully, and
intentionally and child Maltreatment.
    . Defendany: Leave Cnild Alone in the Commu
nty, at 14 years old March-3-2013.
    In the Dantre Dongerbus Streets. of
the Community of Long Beach CA.
    Plantiff. Awes Child were tidnaped.
by Street Gangs EAST SIDE LONGO VS.
    . Defendants Primary Rosponsibles of
this such a tragedy.
    Predetermind Proffessional
Requrements and standar of Practice:
    . Herein acting Under Color of law
within the Curse. and scope of her their
employment and Officce as a law
enforcement . Officer of the L-A. cantty
DCFS. AND FAMILY COURT MONTERREY PARK
is been suce individual her official cap
city.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-89)

95 28301

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 5 2025

Defendant's City is liable to plaintiffs for the acts of its public employees the Individual Defendants Herein for conduct and for omissions herein alleged pursuant to the doctrine of Respondent, superior Codified at California Government Code § 815.?

There is A Good Case, and sufficient causes to file Under Seal, the parties are directed to proceded in accordance with the instructions for filing Under-Seal found in the Court, Rules and instructions Rule 6-14 and present the Case inciatiting documents to the CLERK of Court. in the traditional manner. in Paper form.

Plaintiff Aules Child Legal Reports Act Made by Plaint Father of Child in A GOOD FAITH. LEGALLY FILED.
Plaintiffs Aule-Child p Deprived of Liberty to Gov. National Crime Victims Rights Week April 22-29-2023/ Survivor Voices Elevate Engage Effect Change OJP JJRG act. NCVRW 2023 w. Jusi on OJP. News public Domain (OJP) OJJDP JSPPP of Just to the Nat. Just. Ref. Serv. (NCJRS) Missur Child Jenny Aules Gonrale CASE NO. 24094058066

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 15 2025

National Missing Children OJJDP: office of the Juvenile Justice and delinquency preven Hon. Jeamy Aules Goncaluz Amber Alert Case 240405806

The Clerks is directed. restrict access to this order to the selected party. Viewing level and Close this case

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Confidential under California Constitution
Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 15 2025

Statement: Perjury in a Judicial context (18 USC §1623) 18 US § 1623 (c) // 18 CSC § 1623(d) // 18 USC §1623(e) // (18 USC §1623(d)). Subornation of Perjury 18 USC § 1622 // Conspiracy 18 CSC § 371 ' Perjury as a sentencing factor § USC § §3 (f.1) Author. In: Sherley bottle Senior Specialist in America Public Law United States man g n g 704 f3d 584, 585 Cath ar 2012. United States Jones 8 72 f3d 483, 493 (7 th ar 2017) United States v krans 811 3d 592~62 (2d ar 2016 USSG § Ch.1) cnt app hunt Statv, Petison 874 f 3d - 855, 859 ne St. ar 2017 // United States v King 835 f3d 455, 446 8th ar 2017 // United Sto. v Rosh 840 f-3d 462, 464 7th ar 2016 ○ JG §, 3 ct. I cnt app h S(a) Unit Sta. v Walliam 704 f3d 483 - 1186 6t ar 2013) United Sta v Der selic f3d 453 469. (5th ar) 2013 . Congressional Research Service. 98-805-Version Ucpd c Sec 17 Access to Records in bank Secrecy Jurisdictions Sel 18 Aplication for allien Smcgling offenses Sec 1G enhaced Visibility of Sec 20-produced y Sec 2 Effective Date.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85 28391

**FW-003**

# Order on Court Fee Waiver
## (Superior Court)

Clerk stamps date here when form is filed.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 16 2022

Sherri R. Carter, Executive Officer/Clerk of Court

**(1) Person who asked the court to waive court fees:**

Name: Jaime Aviles

Street or mailing address: 1216 Atlantic Avenue

City: Long Beach        State:  CA    Zip: 90813

**(2) Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

Pro Se

Fill in court name and street address:

**Superior Court of California, County of**
Los Angeles Edmund D. Edelman
Children's Court 201 Centre Plaza
Drive, Monterey Park, CA, 91754

**(3)** A request to waive court fees was filed on *(date):* _____

☐ The court made a previous fee waiver order in this case  on *(date):*
_____

Fill in case number and name:

**Case Number:**
22CCJP01759A

**Case Name:**
in the matter of:Jenny Aviles Gonzales

*Read this form carefully. All checked boxes   are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your:    ☐ *Request to Waive Court Fees*    ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☐ The court **grants** your request, as follows:

(1) ☐ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____

☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 1 of 3

Your name: Jaime Aviles

Case Number: 22CCJP01759A

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:

- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below    ☐ On Attachment 4c(1)

_____
_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below    ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

Rev. September 1, 2019

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 2 of 3

Your name: _JAIME AVILES_

Case Number: 22CCJP01759A

Name and address of court if different from above:
_____
_____
_____
_____

**Hearing Date**  Date: _____  Time: _____

Dept.: _____  Room: _____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: __6/16/22__  Signature of (check one): ☐ Judicial Officer  ☑ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one)*:

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city)*: _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: __6/16/22__

Clerk, by _____, Deputy

Name: _Victor Martinez_

**This is a Court Order.**

**APP-016/FW-016**

## Order on Court Fee Waiver (Court of Appeal or Supreme Court)

*Clerk stamps date here when form is filed.*

**(1) Person who asked the court to waive court fees:**

Name: Jaime Aviles, Appellant in Proper

Street address: 1216 Atlantic Avenue

City: Long Beach          State: CA          Zip: 90813

Phone number: (323)873-4382

**(2) Lawyer,** if person in (1) has one: *(Name, address, phone number, e-mail, and State Bar number):* Proper

*Fill in court name and street address:*

Ronald Reagan State Building
300 S. Spring Street
2nd Floor, North Tower
Los Angeles. CA 90013

**Court of Appeal or Supreme Court Case Number:**

**(3)** On *(date):* _____ you filed a *Request to Waive Court Fees* (form FW-001).

**(4)** The court reviewed your request and makes the following order:

a. ☐ The court **grants** your request and waives your court fees and costs listed below. You do not have to pay fees for the following:
   - Filing notice of appeal, petition for writ, or petition for review
   - ☐ Other *(specify):* _____

b. ☐ The court **denies** your request for the following reasons:

   (1) ☐ Your request is incomplete. You have **10 days** from the date this notice was sent to:
      - Pay your fees and costs, or
      - File a new revised request that includes the items listed below *(specify incomplete items):*
      _____
      _____

   (2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested *(specify reasons):* _____
      _____

   You have **10 days** from the date this notice was sent to:
   - Pay your fees and costs, or
   - File more information that shows you are eligible.

   (3) ☐ The court finds there is substantial question regarding your eligibility *(describe issue regarding eligibility):* _____
      _____

   You have **10 days** from the date this notice was sent to:
   - Pay your fees and costs, or
   - File the following additional documents to support your request:
      _____
      _____
      _____

**Warning!** If you miss the deadline for paying your fees and costs or providing the additional items required by court and you are the appellant, your appeal may be dismissed.

Judicial Council of California, www.courts.ca.gov
Rev. July 1, 2010
Government Code, § 68634.5

**Order on Court Fee Waiver**
**(Court of Appeal or Supreme Court)**

APP-016/FW-016, Page

Court of Appeal/
Supreme Court Case Name:  in the matters of; Jenny Aviles Gonzalez

Court of Appeal/Supreme Cou
Case Number:

**(4)** c.  ☐ The court needs more information. **You must go to court** on the date below.

| Hearing Date | → Date: _____ Time: _____ Dept.: _____ |

Name and address of the court if different from page 1:

_____

_____

_____

☐ Bring the following proof to support your request, if it is reasonably available:

_____

_____

**Warning!** If item **(4)** c. is checked and you do not go to court on your hearing date, the court will deny your request to waive court fees and you will have **10 days** to pay your fees. If you are the appellant and you do not p your filing fees, your appeal may be dismissed.

Date: _____    _____

*Signature of (check one):* ☐ *Judicial Officer* ☐ *Clerk, Deputy*

**FW-001    Request to Waive Court Fees**

**CONFIDENTIAL**

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:

- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

**(1) Your Information** *(person asking the court to waive the fees):*
Name:  Jaime Aviles
Street or mailing address:  1216 Atlantic Avenue
City:  Long Beach          State:  CA  Zip:  90813
Phone:  (323)873-4382

**(2) Your Job,** if you have one *(job title):*  **unemployed**
Name of employer:
Employer's address:

**(3) Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):*
Proper party

Clerk stamps date here when form is filed.

Fill in court name and street address:

**Superior Court of California, County of**
Los Angeles Second Appellate Court
Ronald Reagan State Building
300 S. Spring Street
2nd Floor, North Tower
Los Angeles, CA 90013

Fill in case number and name:

**Case Number:**

**Case Name:**
in the matters of; Jenny Aviles Gonzale

a.  The lawyer has agreed to advance all or a portion of your fees or costs *(check one):*   Yes ☐   No ☐
b.  *(If yes, your lawyer must sign here)* Lawyer's signature:
   *If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

**(4) What court's fees or costs are you asking to be waived?**
☐ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☒ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

**(5) Why are you asking the court to waive your court fees?**
a. ☒ I receive *(check all that apply; see form FW-001-INFO for definitions):* ☒ Food Stamps ☐ Supp. Sec. Inc.
   ☐ SSP ☒ Medi-Cal ☒ County Relief/Gen. Assist. ☐ IHSS ☐ CalWORKS or Tribal TANF ☐ CAPI
b. ☐ My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | If more than 6 people |
|---|---|---|---|---|---|---|
| 1 | $1,415.63 | 3 | $2,398.96 | 5 | $3,382.30 | at home, add $491.67 |
| 2 | $1,907.30 | 4 | $2,890.63 | 6 | $3,873.96 | for each extra person. |

c. ☐ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: *(check one and you **must** fill out page 2):*
   ☐ waive all court fees and costs          ☐ waive some of the court fees
   ☐ let me make payments over time

**(6)** ☐ Check here if you asked the court to waive your court fees for this case in the last six months. *(If your previous request is reasonably available, please attach it to this form and check here):* ☐

**I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.**
Date:  07/04/2022

Jaime Aviles, in proper
*Print your name here*                    *Sign here*

Judicial Council of California, www.courts.ca.gov
Revised March 14, 2022, Mandatory Form
Government Code, § 68633
Cal. Rules of Court, rules 3.51, 8.26, and 8.818          **Request to Waive Court Fees**          FW-001, Page 1 of 2  →

Your name: *JAIME AVILES*

Case Number: *22CGJP01759A*

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only.*
*If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a*
*sheet of paper and write Financial Information and your name and case number at the top.*

**7** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**8** Your Gross Monthly Income

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Your total monthly income: $_____

**9** Household Income

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|---|---|---|---|
| (1) | | | $ |
| (2) | | | $ |
| (3) | | | $ |
| (4) | | | $ |

b. Total monthly income of persons above: $_____

Total monthly income *and*
household income *(8b plus 9b):* $_____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

*Important!* If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

**10** Your Money and Property

a. Cash $_____

b. All financial accounts (List bank name and amount):

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) | $ | $ |
| (2) | $ | $ |
| (3) | $ | $ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) | $ | $ |
| (2) | $ | $ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1) | $ | $ |
| (2) | $ | $ |

**11** Your Monthly Deductions and Expenses

a. List any payroll deductions and the monthly amount below:

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Rent or house payment & maintenance $_____
c. Food and household supplies $_____
d. Utilities and telephone $_____
e. Clothing $_____
f. Laundry and cleaning $_____
g. Medical and dental expenses $_____
h. Insurance (life, health, accident, etc.) $_____
i. School, child care $_____
j. Child, spousal support (another marriage) $_____
k. Transportation, gas, auto repair and insurance $_____
l. Installment payments (list each below):
   Paid to:
   (1) _____ $_____
   (2) _____ $_____
   (3) _____ $_____

m. Wages/earnings withheld by court order $_____

n. Any other monthly expenses (list each below).
   Paid to:                                      How Much?
   (1) _____ $_____
   (2) _____ $_____
   (3) _____ $_____

Total monthly expenses (add 11a – 11n above): $_____

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]          [ Clear this form ]

**JV-570**    **Petition for Access to Juvenile Case File**

Clerk stamps date here when form is filed.

RECEIVED

JUN 16 2022

By: __V.W.__ Deputy
Los Angeles Superior Court

*If you are requesting a court order to obtain access to the juvenile case file of a child who is alive, fill out all items on this form, and file it with the juvenile court. You must also fill out and file Proof of Service—Petition for Access to Juvenile Case File (form JV-569).*

*If you are a member of the public requesting the juvenile case file of a child who is deceased, you can:*

a. *Fill out items 1–5 and 7 on this form and file it with the juvenile court. You must then provide a copy of this form to the custodian of records of the county child welfare agency, who will then provide notice of this petition.*
   **Or**

b. *Do not complete the form, and instead request the juvenile case file from the child welfare agency under Welfare and Institutions Code section 10850.4.*

Fill in court name and street address:

**Superior Court of California, County of**

Los Angeles Edmund D. Edelman Children's Court 210 Centre Plaza Drive, Monterey Park, CA, 91754

Fill in case number, if known:

**Case Number:**
22CCJP01759A

**(1)**   Your name: Jaime Aviles

Relationship to child *(if any)*: Father

Street address: 1216 Atlantic Avenue

City: Long Beach          State: CA      Zip: 90813

Telephone number: (323)873-4382

Lawyer *(if any) (name, address, telephone numbers, and State Bar number)*: _____ Proper _____

**(2)**   Name of child: Jenny Aviles Gonzales

**(3)**   Child's date of birth *(if known)*: 07/24/2008

**(4)**   a.  ☒ A petition regarding the child in **(2)** has been filed under
   ☒ Welfare and Institutions Code section 300
   ☐ Welfare and Institutions Code section 601
   ☐ Welfare and Institutions Code section 602 or

   b.  ☐ I believe the child in **(2)** died as a result of abuse or neglect. Approximate date of death: _____

**(5)**   The records I want are: *(Describe in detail. Attach more pages if you need more space. If you are involved in a pending proceeding in an appellate court or you are preparing to participate in such a proceeding, you should describe here the transcripts, reports, and any other evidence considered by the juvenile court at hearings related to the subject of the appeal or writ proceeding. For example, you should describe a report by providing its title (such as "status review report," "jurisdiction/disposition report," or "CASA report") and the date of the hearing when the document was considered.)*

   The Entire file and all records for this case for the purpose of filing a petition for writ of habeas corpus and emergency motion for return of child.

   ☐ Continued on Attachment 5.

Judicial Council of California, www.courts.ca.gov
Rev. September 1, 2020, Mandatory Form
Welfare & Institutions Code, § 827
Cal. Rules of Court, rules 5.552, 5.553

**Petition for Access to Juvenile Case File**

JV-570, Page 1 of 2
→

Your name: _JAIME AVILES_

Case Number: 22CCJP01759A

**(6)** The reasons for this petition are:

a. ☐ Civil court case pending in *(name of county)*: _____ ▼

Case number: _____ Hearing date: _____

b. ☐ Criminal court case pending in *(name of county)*: _____ ▼

Case number: _____ Hearing date: _____

c. ☐ Juvenile court case pending in *(name of county)*: _____ ▼

Case number: _____ Hearing date: _____

d. ☐ Family law court case pending in *(name of county)*: _____ ▼

Case number: _____ Hearing date: _____

e. ☐ Writ or appeal case pending in *(name of district)*: _____

Case number *(if available)*: _____

Hearing dates related to the juvenile court order being challenged or to be challenged on appeal or by writ:

_____

f. ☒ Other *(specify)*: Children's Court _____

Case number: 22CCJP01759A    Hearing date: unknown _____

**(7)** I need the records because *(describe in detail; attach more pages if you need more space)*:
I wish to file a petition for writ of habeas corpus and emergency motion for return of child.

☐ Continued on Attachment 7.

**(8)** I declare under penalty of perjury under the laws of the State of California that the information in this form is true and correct. This means that if I lie on this form, I am guilty of a crime.

Date:

JaimeAviles,Proper

*Type or print your name*

X _Jaime Aviles_

*Sign your name*

Note: You must provide a copy of this completed form to all interested parties if you know their names and addresses.

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ] [ Save this form ]    [ Clear this form ]

**TO BE FILED IN THE COURT OF APPEAL**    JV

| | |
|---|---|
| **COURT OF APPEAL**    Second (2nd)  **APPELLATE DISTRICT,  DIVISION**    1-5,7 & 8 | **COURT OF APPEAL CASE NUMBER** *(Court will provide)*<br>22CCJP001759A |

In re the Matter of:

Jenny Aviles Gonzales DOB 07/24/2008

(Name and date of birth of subject child or children)

Jaime Aviles, Appellant.

**Petitioners**

v.

Superior Court of California, County of

Los Angeles Edmund D. Edelman Children's Court

DCFS- South County ,Appellee

**Respondent**

DCFS- South County, Appellee

**Real Party in Interest**

**FILE STAMP**

CLERK'S OFFICE
COURT OF APPEAL

RECEIVED

JUL – 7 2022

DANIEL P. POTTER    C

Superior Court No. 22CCJP01759A

Superior Court No. 22CCJP01759A

☐ Related Appeal Pending

Appellate Court No.

**PETITION FOR EXTRAORDINARY WRIT**
(California Rules of Court, Rules 8.452, 8.456)

☒ **STAY REQUESTED** *(see item 11).*

## INSTRUCTIONS—READ CAREFULLY

- Read the entire form *before* completing any items.
- This petition must be clearly handprinted in ink or typed.
- Complete all applicable items in the proper spaces. If you need additional space, add an extra page and mark the additional page box.
- If you are filing this petition in the Court of Appeal, file the original and 4 copies.
- If you are filing this petition in the California Supreme Court, file the original and 10 copies.
- Notify the clerk of the court in writing if you change your address after filing your petition.

DELIVERED MAR 0 6 2023

Individual Courts of Appeal or the Supreme Court may require documents other than or in addition to this form. Contact the clerk of reviewing court for local requirements.

Form Approved for Optional Use
Judicial Council of California
JV-825 [Rev. January 1, 2017]

**PETITION FOR EXTRAORDINARY WRIT**
(California Rules of Court, Rules 8.452, 8.456)

Welfare and Institutions Code, §§ 366.2
Cal. Rules of Court, rules 8.4
www.cou

SUBP-001

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | 22CCJP01759A |

## PROOF OF SERVICE OF CIVIL SUBPOENA
### FOR PERSONAL APPEARANCE AT TRIAL OR HEARING

1. I served this *Civil Subpoena for Personal Appearance at Trial or Hearing* by personally delivering a copy to the person served as follows:

   a. Person served (name):

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees (check one):

   (1) ☐ were offered or demanded and paid. Amount: ...... $ _____

   (2) ☐ were not demanded or paid.

   f. Fee for service: ............... $ _____

2. I received this subpoena for service on (date):

3. Person serving:

   a. ☐ Not a registered California process server.

   b. ☐ California sheriff or marshal.

   c. ☐ Registered California process server.

   d. ☐ Employee or independent contractor of a registered California process server.

   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).

   f. ☐ Registered professional photocopier.

   g. ☐ Exempt from registration under Business and Professions Code section 22451.

   h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▷ _____
(SIGNATURE)

(For **California sheriff or marshal** use only)
I certify that the foregoing is true and correct.

Date:

▷ _____
(SIGNATURE)

SUBP-001 [Rev. January 1, 2007]

### PROOF OF SERVICE OF CIVIL SUBPOENA FOR PERSONAL APPEARANCE AT TRIAL OR HEARING

Page 2 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

 Save this form



Your name: _Jaime Arues_

Case Number: _22CCJP01759A_

Name and address of court if different from above:
_____

**Hearing Date**

Date: _____ Time: _____
Dept.: _____ Room: _____

Warning! If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: _6/16/22_

Signature of (check one): ☐ Judicial Officer  ☑ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and (check one):

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from (city): _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: _6/16/22_

Clerk, by _____, Deputy
Name: _Victor Martinez_

**This is a Court Order.**

JV-8

| CASE NAME: | CASE NUMBER: |
|---|---|
| In the matter of; Jenny Aviles Gonzalez | 22CCJP01759A |

1. This *Petition for Extraordinary Writ (Juvenile Dependency)* is filed on behalf of petitioner.
   a. Name:   Jaime Aviles, Appellant in proper
   b. Address:   1216 Atlantic Avenue, Long Beach, California, 90813

   c. Phone number:  (323)873-4382
   d. E-mail:  N/A

2. Petitioner is the
   a. ☐  child
   b. ☐  mother
   c. ☒  father
   d. ☐  guardian
   e. ☐  de facto parent
   f. ☐  county welfare department
   g. ☐  district attorney
   h. ☐  other *(state relationship to child or interest in the case):*

3. The *Petition for Extraordinary Writ (Juvenile Dependency)* pertains to the following child or children
   *(specify number of children):*  ___1___
   a. Name of child: Jenny Aviles Gonzalez
      Child's date of birth:  07/24/2008
   b. Name of child:
      Child's date of birth:
   c. Name of child:
      Child's date of birth:
   d. Name of child:
      Child's date of birth:

   ☐      Continued in Attachment 3.

4. This petition seeks extraordinary relief from the order of *(name):*   NOTICE OF HEARING ON PETITION

   a. ☐   setting a hearing under Welfare and Institutions Code section 366.26 to consider termination of parental rights, guardianship, or another planned permanent living arrangement.
      OR
   b. ☐   designating a specific placement after a placement order under Welfare and Institutions Code section 366.28.
      OR
   c. ☒   other *(specify):*
          Provisions of subdivision(s) a.b. of section 300 of the Welfare and Institutions Code.

5. The challenged order was made on *(date of hearing):*  Pending JV-180 petition

6. The order was erroneous on the following grounds  *(specify):*
   Subpoena of witnesses to be reconsidered on Request to change court order.

7. a. ☒   Supporting documents are attached.
   b. ☒   Because of exigent circumstances, supporting documents are not attached *(explain):*
          Exhibit List and exhibits pending, Subpoena, Depositions, and Subpoena Duces Tecum are pending for material witnesses to be called for hearing on 08/16/2022 at 08:30 am in department 401 in the Los Angeles Superior Court Edmund D. Edelman Children's court.

8. Summary of factual basis for petition *(Petitioner need not repeat facts as they appear in the record. Petitioner must reference each specific portion of the record, its significance to the grounds alleged, and disputed aspects of the record):*

   There is no medical records supporting physical abuse on child, no paramedic records, no emergency room records, no urgent care records, and no medical experts that can testify against the father and appellant Jaime Aviles, supporting, confirming and affirming the allegations of physical abuse on the child. The court granted this order based on speculative records that lacked foundation and facts supporting the allegations and accusations against Jaime Aviles.

                                                                                          ☐  Additional pages attached.

JV-825 [Rev. January 1, 2017]                **PETITION FOR EXTRAORDINARY WRIT**                Page 2 c
                                          (California Rules of Court, Rules 8.452, 8.456)

**FW-001**   **Request to Waive Court Fees**

**CONFIDENTIAL**

Clerk stamps date here when form is filed.
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

**JUN 16 2022**

Sherri R. Carter, Executive Officer/Clerk of Court

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:

- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

Fill in court name and street address:
**Superior Court of California, County of**
Los Angeles Edmund D. Edelman Children's Court 201 Centre Plaza Drive, Monterey Park, CA, 91754

**(1)** **Your Information** *(person asking the court to waive the fees):*
Name: Jaime Aviles
Street or mailing address: 1216 Atlantic Avenue
City: Long Beach          State: CA  Zip: 90813
Phone: (323)873-4382

Fill in case number and name:

**Case Number:**
22CCJP01759A

**(2)** **Your Job,** if you have one *(job title):* **Unemployed/ Temp Worker**
Name of employer:
Employer's address:

**Case Name:**
in the matter; Jenny Aviles Gonzales

**(3)** **Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):*
Pro Se

a. The lawyer has agreed to advance all or a portion of your fees or costs *(check one):*   Yes ☐   No ☐
b. *(If yes, your lawyer must sign here)* Lawyer's signature:
*If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

**(4)** **What court's fees or costs are you asking to be waived?**
☒ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

**(5)** **Why are you asking the court to waive your court fees?**
a. ☒ I receive *(check all that apply; see form FW-001-INFO for definitions):*  ☐ Food Stamps ☐ Supp. Sec. Inc.
☐ SSP  ☒ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS ☐ CalWORKS or Tribal TANF ☐ CAPI
b. ☐ My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | If more than 6 people |
|---|---|---|---|---|---|---|
| 1 | $1,415.63 | 3 | $2,398.96 | 5 | $3,382.30 | at home, add $491.67 |
| 2 | $1,907.30 | 4 | $2,890.63 | 6 | $3,873.96 | for each extra person. |

c. ☐ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: *(check one and you **must** fill out page 2):*
☐ waive all court fees and costs          ☐ waive some of the court fees
☐ let me make payments over time

**(6)** ☐ Check here if you asked the court to waive your court fees for this case in the last six months.
*(If your previous request is reasonably available, please attach it to this form and check here):* ☐

**I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.**
Date: 06/12/2022

Jaime Aviles
*Print your name here*

▶ *Sign here*

Judicial Council of California, www.courts.ca.gov
Revised March 14, 2022, Mandatory Form
Government Code, § 68633
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees**

FW-001, Page 1 of 2

**Your name:** ___JAIME AVILES___

**Case Number:**

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only. If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Your total monthly income: $_____

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|------|-----|--------------|----------------------|
| (1) | | | $ |
| (2) | | | $ |
| (3) | | | $ |
| (4) | | | $ |

b. Total monthly income of persons above: $_____

**Total monthly income *and* household income** *(8b plus 9b):* $_____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

***Important!*** If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

**(10) Your Money and Property**

a. Cash $_____

b. All financial accounts (List bank name and amount):

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|-------------|-------------------|------------------------|
| (1) | $ | $ |
| (2) | $ | $ |
| (3) | $ | $ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---------|-------------------|------------------------|
| (1) | $ | $ |
| (2) | $ | $ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|----------|-------------------|------------------------|
| (1) | $ | $ |
| (2) | $ | $ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Rent or house payment & maintenance $_____
c. Food and household supplies $_____
d. Utilities and telephone $_____
e. Clothing $_____
f. Laundry and cleaning $_____
g. Medical and dental expenses $_____
h. Insurance (life, health, accident, etc.) $_____
i. School, child care $_____
j. Child, spousal support (another marriage) $_____
k. Transportation, gas, auto repair and insurance $_____
l. Installment payments *(list each below)*:
Paid to:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

m. Wages/earnings withheld by court order $_____

n. Any other monthly expenses *(list each below)*.
Paid to: How Much?
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

**Total monthly expenses** *(add 11a–11n above):* $_____

For your protection and privacy, please press the Clear This Form button after you have printed the form.

 

**JV-180    Request to Change Court Order**

*This form can be used to ask the court to change an order, to ask the court to dismiss your case, to ask the court to terminate reunification services, or to ask the court to recognize your relationship with your sister or brother. After filling out this form, take it to the clerk of the court.*

▸ E-MAILED AUG 1 7 2022

Clerk stamps date here when form is filed.

**ORIGINAL FILED**

**JUL 0 5 2022**

**LOS ANGELES SUPERIOR COURT**

**(1) Your information:**
  a. I am the:
    ☐ child    ☒ parent    ☒ legal guardian
    ☐ foster parent    ☐ sibling or other relative *(specify):* _____
    ☐ social worker    ☐ probation officer    ☐ attorney
    ☒ other    PROPER PARTY

  b. My name: JAIME AVILES
  c. My address: 1216 ATLANTIC AVE
  d. My city, state, zip code: LONG BEACH
  e. My telephone number: (323) 873-4392
  f. *If you are an attorney:*
    My client's name: PROPER
    My client's address *(if confidential, see item 3):*
    _____
    My client's relationship to the child: _____
    My State Bar number: _____

Fill in court name and street address:

Superior Court of California, County of
LOS ANGELES EDMUND D EDELMAN CHILDRENS COURT 201 CENTRE PLAZA DRIVE MONTEREY PARK, CA. 91754

Fill in child's name:

Name of Child:
JENNY AVILES GONZALEZ

Clerk fills in case number when form is filed.

Case Number:
22CCJP01759A

**(2)** Type of request *(check the appropriate box below and add specific details in items 6–9, as applicable):*

  a. ☒ I am asking the court to change an order.
  b. ☒ I am asking the court to terminate its jurisdiction.
  c. ☐ I am asking the court to terminate reunification services.
  d. ☐ I am asking the court to order that reunification services be resumed for six months.
  e. ☐ I am asking the court to recognize my relationship with my sibling(s).
      (1) I am related to my sibling(s) through *(name of parent):*
      (2) I am related to my sibling(s)    ☐ by blood or adoption    ☐ by marriage.

**(3)** *If you want to keep your address or your client's address confidential, fill out* Confidential Information (Request to Change Court Order) *(form JV-182), and do not write the address on this form.*
  ☐ *Check here if form JV-182 is attached.*

**(4)** Child's information:
  a. Name: JENNY AVILES GONZALEZ
  b. Date of birth: 07/24/2008
  c. Attorney *(if known):* PROPER PARTY
  d. The child lives with or in a *(check all that apply):*
    ☐ parent    ☐ legal guardian    ☐ relative
    ☒ foster home    ☐ group home    ☐ I don't know
  e. Name of the person the child lives with or the place where he or she lives:
    Address: UNKNOWN
    ☒ *Check here if unknown.*

CECILIA DELA ROSA

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Mandatory Form
Welfare and Institution Code, §§ 366.3(f), 388. 778
California Rules of Court, rules 5.524, 5.570

**Request to Change Court Order**

JV-180, Page 1 of 3

E-MAILED AUG 1 7 2022

Name of child: JENNY AVILES GONZALES

Case Number: 22CCJP01759A

**5** Information about parents, legal guardians, and others:

a. Names of parents or legal guardians:
JAIME AVILES, AND/OR AMELIA ESPINOZA, AKA AMELA AVILES
☐ (Check here if unknown.)

b. Address of parent/legal guardian: 1216 ATLANTIC AVE. LONG BEACH, CA, 90813
☐ (Check here if unknown.)

c. Address of parent/legal guardian: SAME AS ABOVE
☐ (Check here if unknown.)

d. Indian tribe (if applicable and known): N/A

e. CASA volunteer (if applicable and known): N/A

f. Educational rights holder (if applicable and known): N/A

g. Social worker or probation officer (if applicable and known): _____

*If you are asking the court to recognize your relationship with your sibling but not asking the court to change an order, you may skip to item 8.*

**6** On (date, if known): 06/28/2022 the judge made the following order that I think should be changed:
ORDERED THE CHILD JENNY AVILES GONZALES CUSTODY WAS GRANTED TO CECILIA DELA ROSA. THE FOSTER PARENT

**7** What has happened since that order that might change the judge's mind? *(Give new information that the judge did not have when the order was made):*
THE JUDGE WILL HAVE THE OPPORTUNITY TO HEAR THE TESTIMONIES OF ALL SUBPOENA PARTIES, AND WITH SUCH FACTS THE JUDGE MIGHT CHANGE HIS/HER MIND.

**8** What new order or orders do you want the judge to make now?
FOR RETURN OF CHILD IMMEDIATELY TO JAIME AVILES OR TO AMELIA ESPINOZA, AKA AMELIA AVILES

**9** Why would the requested order or action be better for the child?
THE CHILD HAS LIVED IN THE HOUSEHOLD OF JAIME AVILES, AND AMELIA ESPINOZA, SINCE BIRTH. I BELIEVE THAT THIS SEPARATION IS INFLICTING EMOTIONAL DISTRESS ON JENNY AVILES. SHE HAS NEVER BEEN SEPARATED FROM PARENTS/LEGAL GUARDIANS, SHE SEEMS SAD, DEPRESSED UNDER THN CRUEL AND UNUSUAL PUNISHMENT OF BEING IN FOSTER CARE.

**10** ☐ Check here if you need more space for any of the answers. Attach a sheet of paper and write "JV-180" at the top of the page. Number of pages attached: _____

Name of child: _Jenny Aviles Gonzalez_    Case Number: _22CCJP01759A_

(11) I have had a copy of my request sent to the people listed below, as applicable. I have checked the correct box to the right of each name to show whether, as far as I know, that person agrees with my request.

*If you do not have an attorney, the clerk will send notice and copies of your request to all persons required to receive notice under Welfare and Institutions Code sections 297 and 386 and rules 5.524 and 5.570 of the California Rules of Court.*

| | Name | Agree | Disagree | Don't Know | Not Applicable |
|---|---|---|---|---|---|
| Child (if 10 years old, or older): | CLERK WILL SEND NOTICE | ☒ | ☐ | ☐ | ☐ |
| Child's attorney: | | ☐ | ☐ | ☐ | ☐ |
| Parent: | JAIME AVILES, PROPER | ☒ | ☐ | ☐ | ☐ |
| Parent: | AMELIA ESPINOZA, etc | ☒ | ☐ | ☐ | ☐ |
| Legal guardian: | | ☐ | ☐ | ☐ | ☐ |
| Legal guardian: | | ☐ | ☐ | ☐ | ☐ |
| Social worker: | CLERK WILL SEND NOTICES | ☐ | ☐ | ☒ | ☐ |
| Probation officer: | | ☐ | ☐ | ☐ | ☐ |
| Current caregiver/foster parent: | CLERK WILL SEND NOTICE | ☐ | ☐ | ☒ | ☐ |
| Preadoptive parent CECILIA DELAROSA | CLERK WILL SEND NOTICE | ☐ | ☐ | ☒ | ☐ |
| CASA volunteer: | | ☐ | ☐ | ☐ | ☐ |
| Educational rights holder: | | ☐ | ☐ | ☐ | ☐ |
| Indian tribe: | | ☐ | ☐ | ☐ | ☐ |
| Indian custodian: | | ☐ | ☐ | ☐ | ☐ |
| Sibling (if petition filed & 10+ years old): | | ☐ | ☐ | ☐ | ☐ |
| Sibling's caregiver: | | ☐ | ☐ | ☐ | ☐ |
| Sibling's attorney: | | ☐ | ☐ | ☐ | ☐ |
| Attorney for parent/legal guardian: | | ☐ | ☐ | ☐ | ☐ |
| Attorney for parent/legal guardian: | | ☐ | ☐ | ☐ | ☐ |
| County counsel: | | ☐ | ☐ | ☐ | ☐ |
| District attorney: | | ☐ | ☐ | ☐ | ☐ |
| Other: DCFS - SOUTH COUNTY | CLERK WILL SEND NOTICE | ☐ | ☐ | ☒ | ☐ |

(12) You can ask the judge to make a decision without a court hearing if all the people named above agree with your request. *Check here* ☐ *if you want a decision without a hearing.* PROPER PARTY REQUESTS HEARING

(13) If anyone disagrees with your request, please explain why *(if known):* I BELIEVE THAT AFTER ALL SUBPOENA PARTIES, THEIR COMPEL FACTS, AND NEW EVIDENCE, AND DISCOVERY, THE COUNTY ALSO SHOULD AGREE WITH THE REQUEST TO CHANGE COURT ORDER

(14) I declare under penalty of perjury under the laws of the State of California that the information in this form is true and correct to the best of my knowledge.

Date: 07/04/2022

_JAIME AVILES, PROPER_
**Type or print name**

▶ _[signature]_
**Signature**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form]  [Save this form]    [Clear this form]

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.    DELIVERED DEC 15 2025

THERE IS NO HUMAN RIGHTS AGAINST U.S.Citizen CHILD, JENNY AULES GONZALEZ CASE NO. 22CCJP 07589?;// Child abuse And Neglect Report At COURT, National Center for MISSING And EXPLOITED CHILDRENS NCMEC 12-1-2014062/MissingPerson Amber Alert 2014025806/MissingChild.N.Cictm 3378307

# THE DECLARATION OF THE RIGHTS OF THE CHILD (Jenny Aules Gonzalez)

FATHER Jaime Aules INSL OF HIS DAUGHTER U.S. Citize Jenny Aules Gonzalea Terere Is no Human Rights Against Child Aules'

THE DECLARATION of THE RIGHTS OF CHILD, Cuscitizen, Jenny Aules Gonzalez Born Jut 26-2008 / PO B. LASVEGAS NEVADA CLARK county. A foundational document outlining the fundamental Rights of Children. Initally adopted by the U.N. General Assembly in 1959 Conventions on the Rights of the Child/ (CRC). The Declaration emphasizes the need for special protection and care For U.S. Citizen Child Jenny Aules Gonzalez

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

Child sex abuse lawsuit window again gets
Pa. lawmakers' OK

Jaime Aviles <avilesjaime030@gmail.com>
To: attyreg@nycourts.gov    DELIVERED DEC 1 5 2025

Ensuring her well being and develop-ment. In highlights rights such as the right to equality

SPECIAL PROTECTION AND A NAME AND NATIONALITY (For US, citizen child Jenny Aviles Gonzalez, b. of July 24-2005 P.C.B. Las Vegas NV. Clark County)

CONVENTION OF THE RIGHTS OF THE Jenny Aviles Gonzalez (CRC)
The CRC adopted in 1989 is a legally binding treaty, that elaborates on the Rights of Children, including civil, political, economic social, and cultural Rights.

It is the most widely ratified human rights treat.

CORE PRINCIPALS:
U.S. Citizen Jenny Aviles Gonzalez
The declaration is built on ten principles, including the right of equa-lity, special protection, a name and nationality, and benefits of social security.

BEST INTEREST OF THE CHILD; (US citizen Jenny Aviles Gonzalez)
The declaration rsses that in all actions concerning children their

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85 28391

Case 2:26-cv-00313-CBM-BFM    Document 1    Filed 01/05/26    Page 40 of 116   Page ID #:40

best interests should be the primary consideration

> PROTECTION AND CARE:
(By U.S Citizen Child Jenny AvilesGonzalez.

> It calls for special protection for child physical, mental, and social development, ensuring they or her can grow In freedom an dignity.

INFLUENCE:
(U.S. Citizen Child Jenny AvilesGonzalez
> The Declaration has been crucial in guiding national legislation. and polices related. Tho to Child's Rights.

> It served as a precursor to the more comprehensive Convention on the Rights of the Child (JennyAviles Gonzalez)

> HISTORICAL CONTEXT:
> It followed the Geneva Declaration of the Rights of Child (Jenny Aviles Gonzalez) (1924), which was the first Intentional human Rights document to focus specifically on childrens rights according to Humanism.

> KEY ELEMENTS.
(Jenny Aviles Gonzalez) the Declaration Include provisions for Adeacate nutrition

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
05 28391

Case 2:26-cv-00513-CBM-BFM   Document   Filed   Page ID #:41

housing, reecation and medical services for, child, children;

It also emphasizes, the importance of education and the role of parents, and society is providing a supportive environment for child development.

Declaration of the Rights of the Child Jenny Ailes Gonzalez, G.A. res. 1386 (XIV, 14 UN. GA. OR Supp (No 16) at 19 UN-Doc A 4354 (1959)

Whereas mankind owes to the Child the best if it has to give (U.S. citizen Child Jenny Ailes Gonzalez) to the end that her may have a happy childhood and enjoy for his own good and for the good of society.

The Rights and freedoms herein set to forth, and calls upon parents, upon men and women as individuals and upon voluntary organizations, Local authorities and National Governments to recognize these rights and strive their observance by legislative and other measures progressively taken in according with the following principles.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.    DELIVERED DEC 1 5 2025

PRINCIPLE 1

- The Child (Jenny Aules Gonzalez) Shall enjoy all the rights set forth in this declaration.

- Every Child without any exception whatsoever, shall be entitled on these Rights

- Without distinction or discrimination on account of race, colour, sex, language, religion, political or other opinion, national on social origin, property, birth or other status whether on himself or of her family.

PRINCIPLE 2:

- The Child (U.S. Citizen Jenny Aules Gonzalez) shall enjoy special protection, and shall be given opportunities, and facilities by law, by other means, to enable her develop physically, mentally, morally, spiritually, in a healthy and normal manner.

- And conditions of freedom and dignity. In the Inacement of laws for this purpose.

- The best interest of the Child shall be the paramount consideration.

PRINCIPLE 3.

The Child (U.S. Citizen Jenny Aules Gonzalez shall entitled from his birth



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95  28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

DELIVERED DEC 5 2025

title=United_States_Bill_of_Rights&oldid=12256839

individuals and organizations 90"
in their work as advocates and
representatives of family voice
in their community, states nation
wide

→ Suggestions for aditional
materials that should be included
or are loking for technical assis-
lence with advocay. Aditional
Resources. Advocacy Home,
Edccate, Advocate Act,
Advocacy toolkit

# EDUCATION TRAINING
# AND AWARENESS RAISING

US, Citizen Child Jenny Rules
Gonzalez Case No. 22CCJP0115GN.
Child Abuse And Neglea Repor Act
CANRA/ Soaal work and Child
sexaal alase.
    Are Crucal Compnents of mon/
iniatitues. Including cybersecrt/
ethical condost, an soaal change
    they invole informing indi-
vduals about a topic prouiding the
skills and knowledge to address it and
fostering deeper undertanding and com-
milment to the issue

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney
General of the State of California

SBFM CALIFORNIA
BCIA 8583
(Orig. 06/2005; Rev 03/2013)

DELIVERED DEC 5 2025

**CHILD ABUSE OR SEVERE NEGLECT INDEXING FORM**

Designed in ways that mak it difficult or impossible to combat abusses of Child Jenny Aules Gonzales Rights

The focus has been on legal remedies as the most direct means of Challenges of Right Violation.

But they require Specialist knowledge and expertise and can be very complicated for people without legal training. Having Carried out this research and published our Report Rights Remedyes and Representation A Global report on acces Justice we hope to help Child Jenny Aules Gonzalez, thar families and local NGO's in engaging with International legal systems to Challenges Child Jenny Aules Gonzalez RightViolations

# LEGAL ADVOCACY

## WORKSHOP TOOLKIT.

Act Our Advocacy toolkit below is designed to help both and.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

US Department of Justice
Office of Justice Programs
Office of Juvenile Justice and Delinquency Prevention

**SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF LOS ANGELES**

to a name and nationality.

~PRINCIPLE 4

The Child (U.S. Citizen Jenny Aules Gonzalez) shall enjoy the benefits of social security. She shall be entitled to grow and develop in health to this end special care and protection shall be provided both to her and to his father, including adequate prenatal and post-natal care.

The Child Jenny Aule Gonzalez shall have the Right to adequate nutrition, housing, recreation and medical services.

PRINCIPLE 5

The Child (U.S. Citizen Jenny Aules Gonzalez who is physically, mentally or socially handicapped shall be given the special treatment, education and care required by her particular condition.

PRINCIPLE 6

The Child (U.S. Citizen Jenny Aule Gonzalez for the full harmonious development of her personality, needs love and understand.

SHE shall wherever possible, grow up in the care and under the responsibility of his parents, and in any case,

DELIVERED DEC 15 2025

# International Bill of Human Rights

DELIVERED DEC 1 5 20



In an atmosphere of affection and of moral and material security, a child Jenny Aviles Gonzalez of tender years sall not, save in exceptional circumstances

- Be separated from his father Society and the public authorities.

Shall have the duty to extend particular care of child without family.

And to those without adequate means of support.

Payment of State and other assistance towards the maintenance of child of large families as desirable

PRINCIPLE 7

The child (U.S. citizen Jenit Aviles Gonzalez) is entitled to receive education, which shall be free and compulsory at least in the elementary stages.

She shall be given education which will promote her general culture and enable her.

On a basis of equal opportunity to develop her abilities her individual judgement, and her sense of moral and social response.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

DELIVERED DEC 1 5 2025

bility, and to become a useful member of society.

The best interest of the child Glenny Avles Gonzalez shall be the guiding principle of those responsible for her education and guidance, that responsibility lies in the first place with her parents.

The child Glenny Avles Gonzalez shall have full opportunity for play and recreation, which should be directed to the same purpose as education, society, and the public authorities shall endeavour to promote the enjoyment of this right.

PRINCIPLE 8

The child Glenny Avles Gonzalez shall be protected against all forms of neglect, cruelty and exploitation. She shall not be subject of traffic in any form.

PRINCIPLE 9

The child Glenny Avles Gonzalez shall be protected against all forms of neglect, cruelty and exploitation. She shall not be the subject of traffic in any form.

The child (Glenny Avles Gonzalez



Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California



shall not be admitted to employment before an appropriate minimum age. She shall in no case be caused or interfere with her physical, mental or moral development.

PRINCIPLE 10.

The child (Jenny Aviles Gonzalez) shall be protected from practices which may foster racial, religious and any other form of discrimination. She shall be brought up in a spirit of understanding, tolerance, friendship among peoples.

Peace and universal brotherhood and in full circumstances that he and she given parents should be devoted to that service of his fellow men.

DECLARATION ON THE RIGHTS OF CHILD (Jenny Aviles Gonzalez and her family) was adopted from the full declaration especially for the UN. celebration of the family, United Nations for family, friend, world. to set the full declaration of the child Jenny Aviles Gonzalez Aviles family Reserved Rights. Freedom of Speech, Bill of Right.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

85 28391

# Sexual Abuse Case Results

DELIVERED DEC 1 5 2025

For Example enacted The Racial Justice Act in 2020, amed and combating racial bics in Crimina Justice Proce-dings

The California Penal Code-PEN §3000,08 refers to procedure regarding parole violations including the Right to Counsel and ceciving hearings

—TITLE 8 CIVIL RIGHTS.

Title 8 of the Cul Rights Act of 1968, also known as the fair Housing Act prohibts discrimination in housing based on race Religion natural origin, Sex and familial status.

The Attorney General ROB BONTA CA, nttc initiate Civil Actions against U.S. citizen Child Jenny Aviles Gonzalez engaged in a Pattern or Practices of discrimination, descrimnatory behavior

Civil Rights of institutionali-zed Persons Act (CRIPA) This act Authorizes the Attorney General to Investigate and prosecute Cases involving the depriviation of federal statutory and constitu-tional of Child in welfare institutions.

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

DELIVERED DEC 1 5 2025

Social Services and Constitutional Rights a balancing Act.

CHILD ABUSE AND NEGLECT P.C. 11164 - 11174. Application for Authorization, Pursuant to Welfare ans Institutions Codel S6E0.

Child Jenny Avles Gonzalez. Case No. 22CCJP01759A / Social work and Child Sexual Abuse as defined in S 11656 related resources working in Screening / Assessments Investigation Procedure as defined in S1116S,1Cd) Citation Pend bode S 11167=DSS Manual. Ch. 31. S12STime frames for completing Investigations at.DSS Men. ch. 31, SS 110,115 Content Reports Classification of Reports C.1 P.C.S.111 67(a) C.t P.C.S 1116.S.12

AGENCY CONDUCTING THE ASSESMEN INVESTIGATIONS C.t. Wel sinst Code S 16SOL

# ACCESS TO JUSTICE CHILDREN COUNTRY REPORTS.

U.S.Citirezen CHILD JENNY AVLCS GONZALE CASE NO. 22CCJP01759A / CHILD ABUSE AND NEGLECT IN SOCIAL WORK CRIN, with Partners, has carried

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

"CONSTITUTE AN UNLAWFUL
DELEGATION OF JUDICIAL AUTHORITY.    DELIVERED DEC 1 5 2025

carried out Collaborative project seeking to establish how child can acces the Justice system in fn. Countries.

By this we mean the States of the Convention on the Rights of the Child CRC.

In the National Law of each Cantry around the World.

We mean how the Law treats child involved in legal procedings the legal means available to Chalenge Violations of Child, Jenny Aviles Gonzalez Rights

. And the practical considerations in challenging Violations Using the legal System.

With the Data and informa-tion collected, we have compiled a Report outlining the ways the National legal Systems can be used to Combat Violations of Child Jenny Aviles Gonzalez Rights

And the ways that child Can use the law to asser their own Rights. We have also identified where the law falls short and where legal system are design-ned in ways that make in difficult

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
05 28391

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

DELIVERED DEC 15 2025

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

CALIFORNIA DEPARTMENT OF JUSTICE.

THE PEOPLE OF THE STATE OF CALIFORNIA

v

LOS ANGELES COUNTY DCFS DIRECTION, SUPERVISOR SOCIAL WORKERS, AND FAMILY COURT ATTORNEY

CHARITABLE PURPOSES UNDER IRC. SECTION 501(c)3 INCLUDE THE PROMOTION OF SOCIAL WELFARE BY ORG. DESIG. THE DETERMINATION AND JW. DELINQUENCE

LOS ANGELES COUNTY DCFS. AND FAMILY COURT ATTORNEY. ARE NOT SAFETY FOR THE PEOPLE. SOCIAL WORKERS And family court Attorny Engage People and Structure.

— LA COUNTY DCFS. 4060 WATSON PLAZA DRIVE LIAKEWOOD CA. 90716. Director. Nichols T. Brandon./ Supeusr Vera Gray //Social Workers BrendaVezlarquez,/ Correen Roman // Melissa Rivas.//— Claudia Vergara// Maria Rodriguez: AND/ Family Court Attorney Alexandra Deuine Lohman lol Centre Plaza Drive Monterrey Park Ca. 9754.

— LOS ANGELES COUNTY DCFS AND FAMILY COURT ATTORNEY: social workers, Theraphists, foster Home care giveres, director, supervisor, Family Court attorney, Are the primary Responsible of the such a tragedy that happens to V.sation child Jenny Auiles Gonzalez

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
US 28391

language immigration status, and other, protected Classifications.

DELIVERED DEC 1 5 2025

· Division of Public Rights
Home Caresrs, Cares opoortunities
Division of Public. Rights
the Division.
The mision of the Division of Public, Rights to safeguard the States
our Division is organized in to follow.
G. Ten section Charitable trusty

ORDER: TO ENFORCE LAWS, THAT PROTECT CALIFORNIA : AGAINST UNLAWFUL, UNFAIR AND DECEPTIVE MISCONDUCT AND NEGLIE-ENCE BETWEEN IN WORK SODIA! SOCIAL WORKER'S AND FAM. COURT ATTNEY
· CIVIL RIGHTS ENFORCEMENT (Consimer protection, Corporal Fraud. It Bring Complex THE CALIFORNIA FALSE CLAME. ENVIRON MENT, ENFONCES. (NATURAL RESOURCES)

· PUSH TO SWEEPING REFORMS.
· Underground economy why 188.7A. E 8575 St
cited for the travel; Restrictions A-3953, Racial and Identity.
· Profilling Act 022115 title 18, U.S.C. Section 242, Acting Under Color of Law.
"· DEPRIVATION OF 'RIGHTS'
Section 242 title 18 Attorney's ·Soaal worker's, police tus · Who are acting as public officials handi cap. use ATTEMTED, DANGEROUS. WEAPONS.
KIDNAP SEXUAL ABUSE TITLE 42 & U.SC Section (414)·
· UNLAWFUL, for state or local Law family TITLE 42 U.S.C SET 1997. This constellation of core values reflects.

COURT PAPER
STATE OF CALIFORNIA.
STD. 113 (REV. 3-95)
05 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

DELIVERED DEC 15 2025

• Los Angeles County DCFS // & Family Court Attwey:

• The Journal of Social welfar, family Law Taking Wishes and feelings seriously Lacking Capacity in Court of Protection.

↓MISCONDUCT AND NEGLIGENCE:

• Los Angeles County DCFS: AND FAMILY COURT ATTORNEY:

• Misconduct and negligence in social work. Against U.S. Citizen Child Jenny Aules Gonzalez.

TWICES: March 03/2023 & May 1/24/2023.

• LOS ANGELES COUNTY DCFS: Are Responsables, for child welfare and misconduct in social work: SOCIAL WORKERS ARE RESPONSABLES OF THE KIDNAPPED: Social Worker's Leave Jenny Aules Alone Twices alone in the community with high rates of poverty and limited educational and economic opportunities: easy access to drugs alcohol, with unstable housings. Insecurity:

✗KIDNAPPERS Street GANG: FROM: LONG BENCA CA: 90813: CRIMINAL GANG EAST SIDE LONGO BARRIO VIEJO 13 SUR 13: Kidnapped Twice the minor: In March: 03 2023: // May 24 - 2023: BY LEADER ANG GANG MEMBER: CSWA. Cod. of Ethics. Biopsy Chosocial Assesment and Diagnosis: As such The professional of Clinical Social Workers is shaped by ethical principles which are based in the basi values of the social work proffession.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
US 26301

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

# FACTS;

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

IN R.E.N.R.., Minor

LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND HUMAN SERVICES.

# BUREAU OF CHILD: JUSTICE.

LOS ANGELES COUNTY DCFS. AND FAMILY, COUNTY ATTORNEY; FAILED TO PROTECT;

UNLAWFUL;// UNFAIR;// LOS ANGELES COUNTY DCFS; SOUT COUNTY; IN 4060 WATSON PLAZA DRIVE, LAKEWOOD CA 90712 Dir NICHOLS Y. BRANDA SOCIALWORKER'S: CORREEN ROMAN;// CLAUDIA VERGARA//MARIA RODRIGUEZ;// BRENDA VELAZQUEZ;// MELLISSA RIVAS;// SUP. VERA GRAY UNJUSTLY; UNLAFFUL; UNFAIRLY. IMPARTED BY DISHONEST PARTY. FAM CORT. ATNN ALXXANDO DAWNT WITMON; THE JOURNAL of OFFICAL WELFARE & AND FAMILY LAW, SOCIAL WORKER'S. SERIOUSLY CONTINUE MAKING. THEORY OF FALSE ACUSATIONS; AGAINST JAIME AVILES SOCIALWORKER'S, THE VIEW OF PEOPLE LACKING CAPACITY IN COORT. OF PROTECION DECISION MAKING; THE (EMP ARTY) EMPATHY AT OPINION; THE EMPATHY I SUE JUDGE OTHERS PEOPLE CHOICE.



COURT PAPER
STATE OF CALIFORNIA
ITO. 113 (REV. 3-95)
B 28391

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF LOS ANGELES

PEOPLE OF THE STATE OF CALIFORNIA,

DELIVERED DEC 15 2025

# THERE IS NO HUMAN RIGHTS AGAIST CHILD.

9.31 PARTICULAR RIGHTS- FOURTEENTH AMENDMENT: Petrial Detinee's (claim of failure to Protect:

LA COUNTY DCFS: DIRECTOR NICHOLS Y. BRAN-DON: FAMILY COURT ATTOURTY ALEXANDRA DAWNE LOHMAN SUPERVISOR VERA GRAY

LOS ANGELES COUNTY DEPARTMENT OF CHILD-RENS AND FAMILY SERVICES.
SOCIAL WORKERS: 4060 WATSON PLAZA DRIVE LAKEWOOD CA. 90712: // BRENDA VELAZQUEZ // MELLISA RIVAS: // SUP: VERA GRAY: // CORREEN ROMAN // CLAUDIA VERGARA // MARIA RODRIGUEZ // :

- Search to engage in a pattern of practice of conduct, The Deprives Persons or or right protected.
- Socials Workers Negligent treatment Maltreatment on The U.S. CITIZEN MINOR JENNY AVILES: D. of B: JUN 24, 2008
- Los ANGELES COUNTY DCFS, Are responsible, for Child (JENNY AVILES) welfare under Misconduct on Social Work.
- CHARITABLE TRUST: Has Juridiscion over Charitable. Organizations trustes and funds. raising professionals operating in CALIFORNIA. CIVIL RIGHTS IN FORCEMENT: Professionals promotes.

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

DELIVERED DEC 1 5 2025

THE SUPERIOR COURT OF LOS ANGELES COUNTY,

Respondent.

LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al.

Real Parties in Interest.

SOCIAL WORKERS:

They Failed to protect Child.;//Child ABUSE And NEGLECT ( Reporting Act "CANRA" Subject without prior notice.

# EDUCATION CAMPAIGNS.

CHARITABLE PURPOSES UNDER IRC// INCLUDE 501(d)(3) SECTION:// INCLUDE TE PROMOTION OF SOCIAL WELFARE BY ORGANIZATION DESIGNED TO COMBAT/DETERMINATION AND JUVENIL DELIV. QUEIVCE.

ORDER. TO GENERALLY

RELIEF TO PROTECT THE U.S.A CITIZEN JENNY AVILES D. CASE NO. 22CCJP01759A. P. of B. JULY 24 2008 P. of B. CLARK COUNTY LAS VEGAS NV . ; AND ORDER TO REMOVE THE USA MINOR JENNY AVILES FROM LOS ANGELES COUNTY. DEPARTMENT OF CHILDRENS AND FAMILY SERVICES; CASE NO. B321445 (super. ct. NO. 22CCJP01759A) et AL. " Real Parties In Interest."

9.1 SECTION 1983 INTRODUCTORY INSTRUCTION CLAINE://

The plaintiff brings (his) (her) claim Under the federal Statute. 42,USC §1983. which Provrdes that any Person or Persons, who Under, Color of State, Law

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-85)

95 28391

DELIVERED DEC 1 5 2025

deprives another of any Rights, privileges, or immunities Secured by the constitution of laws

, LOS ANGELES COUNTY DEPARTMENT OF CHILDREN'S AND FAMILY SERVICES.

. Regarding families the including, Phone hot line; Calls and the childs age.

. When the first hot line call was received

. The use o such tools to predict which.

Children are

. SOCIAL WORK AND CHILD ABUSE NEGLECT (CACI) NO 1600.

.. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

. A greater risk has attachech controversy. Because of the Chance that they might exceed Vacate, racial disparities.

IN CHILD WELFARE.

. The American Civil Liberties Union and others had stalled.

. The development of the program for years.

. Contributing to the decision by Cagle's predecessor.

. Philip Browing to settle. frustration But. Cagle Ganed the majority support of L.A. County's.

. Supervisor's tha had eluded Browning and the tool was.

. Piloted last summer to help flag Children. Like Noah. Who may be at the highest risk. Cagle Resigned on November as DCFS faced Mounting Criticism over a series of fatalities. AN ABUSE OF CHILDRENS UNDER AGENCIES CARE

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF LOS ANGELES
PEOPLE OF THE STATE OF CALIFORNIA,

DELIVERED DEC 1 5 2025

# ACCESSING JUSTICE
# FOR VIOLATIONS OF
# CHILDRENS RIGHTS IN
# CARE INSTITUTIONS.

MOTION OF CIVIL RIGHTS ENFORCEMENT Sct 2 2d5. TO SAFE GUARD EQUAL OPPORTUNITY.

CALIFORNIA DEPARTMENT OF JUSTICE (BRIEF PROMULGATION) LAW & REGULATION

CIVIL RIGHTS ENFORCEMENT.

Civil Rights home Mayo Inccatives Pre-sourcening Reports.

Prevention and Education Bureau of Childrens Justice.

The civil Rights enforcement sections commited to the strong or rigorous enforce-ment of federal an State Civil Rights Laws

The section a adresses board carray of Civil Rights issues, including but no lim-lled to. Discrimination by basiness establis-hments, including discrimination on the basis of race, color, Religion, sex, acestry national origen disability, medical cond-ition, genetic information.

Sexual orientation. Citizenship, primary

Moving Party: Plaintiff The People of the State of California, Ex Rel. Xavier Becerra, Attorney General of the State of California

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
5 28391

Confidential under California Constitution
Article VI, Section 18, and Commission Rule 102

Jenny Aviles

22CCJP01759 . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 15 2025

Sun. St. v William 709. F. 3d 1185 1186 Garzder

Unit St. of We 571. c 834 USS 469 (5th av.

7013) LOS ANGELES COUNTY DCFS AND

COURT ATTORNEY CASE WORKERS:

LA COUNTY DCFS AND FAMILY COURT ATNEY, Sex: Cas Workers, 2:20

FAMILY Court Atty - 23aJ1748 CASE NO - 2:2024cw 11216

Entitlement to Qualified Immunity - The Cyclical Nature of Mistreatment in a flawed Child Welfare System

CONGRESSIANAL RESEARCH SERVICE 98 805 VERITY rupt "under Cal. Cod. of Civil procedure Sec of 340.6 340.6 (Subd. A) THE STITUTE OF LIMITATIONS FOR LEGAL MALPRACTICE MALICIOUSLY FALSE REPORT (HUMAN RIGHTS ARE INALIENABLE.

Human Right cannol be taken away, except in specific situations and and according to due Process, (HUMA RIGHTS ARE ESSENTIAL Humanp (shts, or crucial blwing of life of dignity: (Hench care is A HU MAN RIGHT RIGHT, the Right to heith On is essential to living with dignity.) STATES HAS OBLIGATION states has Obligations to Respect protect. and fulfil the RIGHTS to health A DUE to FREEDON OF SPEECH A on to Accomplish. this goal Sec. LR. 16. I's ADR Process before trial.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
US 28391

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

Jenny Aviles 22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

WARRANTLESS INTERVIEWS

Los Angeles County DCFS social workers interviews of U.S. Citizen Int Ch'd. Jenny Aviles at school and submitting false maltreatment Reports. Against Jaime Aviles Father And Aviles family.

• ACTIONS RIGHTS VIOLATIONS: These actions are considered Civil Rights Violations potentially infringing on parents Rights to family integrity and due process.

• The U.S. Attorney's office or other appropriate officer and will accept service of the same.

• Los Angeles County DCFS: Director: Nichols T. Brands Case No. 2:2023cv0725//Supervisor Vera Gay Case No. 22023cv0725//Social Workers Brenda Velazquez Case No. 22023cv 0725/CORREEN ROMA CASE NO. 22023cv0725//Melissa RIVAS; CASE NO. 22023cv0725;/CLAUDIA VERGARA CASE NO. 22023cv0725//MARIA RODRIGUEZ CASE No. 22023cv0725: FAMILY CONRT ATTORNEY ALEXANDRA DAWNC LOHMAN; CASE 2:2024cv1216; 201 Central PLAZA DRIVE MONTERREY PARK CA 91754//

• VIOLATE CLEARLY ESTABLISHED RIGHTS; qualified immunity; the cyclical Nature of Mistreatment in a flawed child welfare system.

• U.S. Citizen Child Jenny Aviles Gonzalez/ have been injured from one unsafe environment: Los Angeles County DCFS; foster home Caregivers placement Under the supervision of the State;

The proper test for assessing what is a separate work when the infringement involves episodes of a broadcast series focuses on whether each episode has an independent economic value and is, in itself, viable. *Columbia Pictures Television*, 106 F.3d at 295-96. Neither independent economic value nor the form of copyright registration is dispositive when assessing

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
U5 28391

Confidential under California Constitution Article VI, Section 18, and Commission Rule 102

Jenny Aviles

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

V, S Citizen in Child Jenny Aviles Gonzalez, mis-treatment further abuse neglect, an in extreme Case (death) Mistreatment Misconduct and Negligence in Social Work Against Aviles Child. La County DCFS Social workers Director Superviser foster home Care Givers Family Court Attorney, Mark (oned) Names before. Leave alon. Aviles Child. In the top Dangerous streets of the Community of Long Beach Ca. where Aviles Child were kidnapped By Street Gang EAST SIDE LONGO 13 Barrio Viejo 1550. kidnapped by Leader of the Gang and gang Members took by force Aviles Child Ia black Cop Aviles, Child still Inlet the tutady control of this Criminal Gang EAST SIDE LONGO 13 Land Other CRIMINALS GROUPS

Attorneys office agree the entry of the order to respond on the docket by the Clerk complies with the requrement of service of the petition of the Respondent (e.g. 2020ch. 1, 149 Lead RL of C. P. OF CA., DELAY In addi-tion to other malacioes misconduct. y the litigant then articulated along voiceless palate, fricative ("shhh") that the Judge believed was (following followed by It the/she aeging had the litigant in contempt cid and imposed a sentence another fivedays the Court Contempt, and great hn/her a continuance to pay the balance of the fine in Civil Suits performing within their discretionary functions This same

COURT PAPER
ATE OF CALIFORNIA
D. 113 (REV. 3-95)
28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

# CALIFORNIA DEPARTMENT OF JUSTICE

Jenny Aviles (Super. Ct. No. 22CCJP01759A

DELIVERED DEC 15 2025

This Same immunity applies to state employees in CHILD PROTECTIVE SERVICES; who erroneously, place foster Child (us citizen Jenny Aviles Gonzalez in foster home where Aviles Child unlawfully and Intentionally, were neglected, and maliciously abused while in their foster placement//there are more Malicious Score of more limited., Falses maliciously Statement.// Statutes that relate to particular agencies or activities and include // 18 USCS. 1160(b)(7)(A) 15 USCS §1581 U.S. USCS 64S, 15 USC §114 on 16 USCS. 837+ (TVA) 18 USCS. §521 18 USCS. 287 State) 18 USC §288, post losses 18 USC. §289 prisons) 18 USCS§ 541 (entry of good false Classified) 18 USC § 542 (entry of goods by means of fas state. 18 USC §550 Defend of duties (Allows a person to recover damages from an actor who deprives, an individual of Constitutional, or others federal Rights

Holding! Holding government social welfare Agencies And family courts, Attorney People mentione Names bo for And or individuals accountable. for their Misconduc Malicious Misconduct; Injure, US, Citizens ns Child Jenny Aviles Gonzalez) that rarely results in a win. for the afflicted. families or Chidcn. Despite / Sec. 1983, authority for individual to sue. State actors. Penetrated moredeeply into poor communities. despite being State actors face few constrains on their actions. state Law

---

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

## WHAT ARE THE PENALTIES?

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
05 28391

# CALIFORNIA DEPARTMENT OF JUSTICE

Jenny Aviles (Super. Ct. No. 22CCJP01759A)    DELIVERED DEC 1 5 2025

Family Court (Department) Dependency. Edmond/D. Edelman 201 Centre Plaza Drive Monterey Park, CA 91754; Los Angeles County DCFS Social Workers filed Malicious false Report. In this Court! In october 11-2022; Attorney Alexandra Dawne Lohman force Aviles Child to Declare Under OATH To say the true/ Attorney And (3) Social Worker Witness)// Use a such Malicious false Reports, against Father Jaime Aviles and Aviles family, Under Child's OATH To USE A SUCH Malicious UNLAWFULLY FALSE VERBAL A CRIMINAL Accusations.

Attorney Lohman tha failed to build a strong Case, And Defense for Plantiff USS. Citizen Jenny Aviles Gonzalez / USIn OATH To Made false Malicious Verbal Accusations Against Father and family; Attorney Knowing the OATH It was only for Aviles Child to say the True Attorney and (3) Social workers perjured themselves// Using Child's Rights to made false Malicious Verbal Criminal Accusations against father And family.

Attorney has strong need to be the center of attraction lacking capacity. In Court in October 11 2022; Between Collaborato (3) witnesses// Los Angeles County DCFS FALSE MALICIOUS CRIMINALSTATIO NALLY REPORTS (MATERIAL) IT WAS PERJURY IN OUR fml COURT CRFILE

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
65 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

# WHAT ARE THE PENALTIES?

# CALIFORNIA DEPARTMENT OF JUSTICE

Jenny Aviles (Super. Ct. No. 22CCJP01759A

DELIVERED DEC 1 5 2025

FALSE STATEMENT UNDE CHILDS OATH MALICIOUS FALSE VERBAL A CRIMINAL ACUSATIONS Coment of poor practice of FAMILY court ATTORNEY ; ALEXANDRA DAWNE LOHMAN where plontiff. position had become so comp romise by the negligence of the Attorney Dawne Lohman // Attorney And Saal welters are responsible for a such a malicious false accusations with the Intent to defraud. and defeme de the Reputation, In our family Court, In october 11 2022, defeme the reputation, of Aviles family and father. ∓ime Aviles Recorded On Videotape Using Child's Oath and abusing Child's Right / Willfully know wingly ; The Reports wer Untrue Unlewfull use the malicious Reports, And false malicious Verbal Acusations, Info the Judge. (MATERIALITY TO BE GUILTY: OF PERJURY UNDER 18 USC USC § 1621 (C1) A false statment IS Materially in a Criminal Persecuton. for Perjury under § 1621 (C) + 1 Is capable of Unit Stel v. Brown. 843 f. 3D 58· 74.3 (2d Cr (2016) Unit Stores Shoham 671 F3d 1173, 179 (10th) Cir 2011, que 'United Staton. Richaison 421 F3d 17, 3) (1 sL Cr, 2005 (Acuestion trial is truly ambigous 2 iffirmathol + Misleads (3d cir ) 2008 (A) b perjury conviction under 18 USC § 1625 Cann f be Pred. On a response to fend ambiguitus

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

WHAT ARE THE PENALTIES?

Confidential under California Constitution
Article VI, Section 18, and Commission Rule 102

Jenny Aviles
22CCJP01759A

Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

Ambrogutos Question 59 q. 805 Version 11 Congresional in afeor Services (fals writing as Perjury General. (18 USC E 1021(2) Stats who ever 1 in any (a) declaretion. 5... Certifia h, (c) verisiction or (d) statment

(Perjury Under Case of Jenny Avls 52-26 Le 22 CJP. 01759A! Enforcement the Legal Case of U.S. Citizen Child Jenny Avles gracie And JUDGMENT CALL MADE QUICKLY LAW Enfor cement Misconduct Malicious False Reports to defraud. A Judgement approach based on in the Evidence. of appropriete and Necesary!

— Perjury ± a Judicial Context (18 USC 1623 (18 USC. § 1627 (c) 1023 18 USC § 1623 (d) (USC § 1622(a) Subornation of Perury (18 USC § 1622 Conspiracy) (18 USC § 371 perjury as a sentencing Fatory USC § 3C1.1) Authory of Starld Bl/Ho, Senior Specilist la American Public Law (Disclaimer this document was prepared by the Congresional Research Service CRS. CRS Serves a nonpertisian Sharel staff Congresional Committees and Member of Congress of Limited States State v maming g 704 F3d 584 585 (9th Cir) 2012 Under State v Jone 872 F 3 c 483 49517 h cir. 2017 United State v young 811 463 3d 592 604 12 d cir 2016 USC § 3 C1.1 ) and US h Unit Str v 1 Wilson. 874 F 3d 555 855 159 USt cir 2017 (Unit Str, J Marsh 40 Fed 462 464 7h h Cir. 2016 USC § 3 C1.1 (m) app n 5 C1 Un 1 St 1

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
US 28391

The press is the best instrument for enlightening the mind of man, and improving him as a rational, moral, and social being.

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF LOS ANGELES

DELIVERED DEC 1 5 2025

PEOPLE OF THE STATE OF CALIFORNIA,

# ACCESS TO JUSTICE

LOS ANGELES COUNTY DCFS AND FAMILY Court ATTORNEY, an DOES ONE through TWENTY inclusive.

Appellees

APPLICATION FOR LEAVE to FILE AMICUS CURIAE BRIEF AND PROPOSED) AMICUS CURIAE BRIEF OF NATIONAL HEALTH LAW PROGRAMS IN SUPPORT OF APPELANTS

, APPLICATION FOR LEAVE to FILE AMICUS CURIAE BRIEF IN SUPPORT APPELLANTS

. To the Presiding Justice

. Pursuant to Rule of Court 8,200 (c) LOS ANGELES COUNTY DCFS AND FAMILY COURT ATTORNEY OF LOS AANGELES COUNTY CA. et al.// respecful, request leave to file to file the acompanying brief as amicus cenicie in this proceedings in support of Apellonts. Jaime Aviles (father) and child buaghter Jonny Aviles Gnzalez Gn the proposed class,. A copy of this brief accompanies the application./ MOTION TO AN EFFECTIVE REMEDY (The Right to an effective remod,// Los Angeles Gonty DCFS DEFERIDENTS.// J. BRANDON// Sup. GRAY Socwn! //VELAZQUEZ // C. ROMAN/ M. RIVAS// C. VERGARA// M. RODRIGUEZ FAM. CCUR. ATTNY. K. ONG-LOHMON

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.
XAVIER BECERRA, ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA vs LOS ANGELES COUNTY, et al.

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

DELIVERED DEC 15 2025

DISPOSITION: Petition Granted assurance of writ of mandate ordered.

DECLARATION OF THE RIGHTS OF THE
U.S. CITIZEN - CHILD JENNY AVILES GONZA
LEZ D.ofB JULY-24-2008 // P. of B. LAS
VEGAS NEVADA CLARICK COUNTY

CONFIDENTIAL INFORMATION: SETTLE
BY i FATHER JAIME AVILES (WHO HAS : DECL
OF PATTERNITY DATE JULY-24-2008 AND HAS
LEGAL CUSTODY FROM HIS DAUGHTER JENNY
AVILES GONZALEZ

CONSTITUTIONAL LAW. > BILLS OF RIGHTS
FUNDAMENTAL RIGHTS > PROCEDURAL
DUE PROCESS > SCOPE OF PROTECTION!

PRIOR HISTORY:

PROCEEDINGS in Mandate (MANDATE)
Superior Court of Los Angeles California County
LOS ANGELES COUNTY DCFS:
CASE. NO. 2:2023 cv-07215
Director: Nichol St. Brandon / super: Vera Gray
Social Worker / Brenda Velazquez / Correen Roman
Melisa Lucas / Claudia Vergara / Maria Rodriguez
/FAMILY COURT ATTORNEY: Alexandra
Daune Lohman Case No. 2:24cv11216

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

15 34769

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed
under seal only if the judge expressly finds facts that establish all the following:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

**THE PEOPLE OF THE STATE OF CALIFORNIA,**

DELIVERED DEC 15 2025
DELIVERED DEC 15 2025

HUMAN RIGHTS DOES NOT EXIST AGAINST USA; Fen. Child Jenny Aviles Gonzalez JAIME AVILES & DAUGHTER: JENNY AVILES GONZALEZ CASE NO. 22CCJP01759A on behalf of themselves and a proposed class of others similarly situated: +the abuse and descrimination of civil and human Rights of Child. / Child abuse and Neglect Report at CANRA (social work social child Abuse) DUE PROCESS, The due process clauses in the Constitution protect all people, both citizen nonatizens state and federal government to follow procedure

Appellants

LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, AND FAMILY COURT ATTORNEY.// LA COUNTY DCFS Director: NICHOLS T. BRANDON CASE NO. 2:2023 cv 07215 In his official capacity as Director.// Supervisor: VERA GRAY LA COUNTY DCFS CASE NO: 2:2023-CV07215 In her official capacity as Supervisor / LA County DCFS SOCIAL WORKER.// Social worker BRENDA VELAZQUEZ CASE NO. 2:2023 cv07215 In her official capacity as social worker // Social Worker CORREEN ROMA CASE NO 2:2023 cv 07215 In her official capacity as social worker: / Social Worker MELISA RIVAS CASE NO. 2:2023 cv07215 In her official Capacity as social worker // Social Worker CLAUD. IA VERGARA CASE NO. 2:2023. cv-07215. In her official capacity as social worker.// SOCIAL WORKER MARIA RODRIGUEZ CASE NO 2:2023 cv 07215 In he official Capacity as Social Worker / FAMILY COURT ATTORNEY: ALEXANDRIA PAULINE LOHMA CASE NO 22Y cv 11 216 (IN her official Capacity of FAM. Court Attry)

COURT PAPER
ATE OF CALIFORNIA
D. 113 (REV. 8-72)
34760

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

LA COUNTY DCFS . THEY USE OF SUCH
TOOLS TO PREDICT WHICH CHILDREN ARE
AT GREATEST, RISK HAS ATTACHED... see

DELIVERED DEC 1 5 2025

# CHALLENGING DISCRI-
# MINATION.

## Children Affected by Gang Activity, Criminal Exploitation and Youth Violenc

CIVIL RIGHTS. 8·3.000. MOTION TO:
ENFORCEMENT OF CIVIL RIGHTS CRIMI-
NAL STATUTES.

OF, CHILD. JENNY AVILES GONZALEZ
CASE NO· 22CCJPO17S9A. Children's
rights

J.M.8· 3.000.
ENFORCEMENT OF CIVIL RIGHTS STATUTES
·The D.O.J's, Civil Rights Division is
Responsible for enforcing wide Rang of fe-
deral Laws designed to protect Civil Rights
including those related to voting public
accommodations, employment housing and
more. Purposes of the procedures:
·These procedures are in place to ensure
that the Civil Rights Prosecutions and to
ensure consistent application of Civil Rights
Law. (18 U.S.C § 241 Conspiracy Against
Rights) 18 USC. § 242 (Deprivation of Rights
Under Color of Law/ 42 U.S.C § 1983 (Civil
Action for Deprivation of Rights)

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

TITLE 8 : CIVIL RIGHTS

DELIVERED DEC 15 2025

8-3000 ENFORCEMENT OF CIVIL RIGHTS CRIMINAL STATUTES

8-3400 Prosecution of Customers Involved in federal Sex Traficking offenses.

8-3500 Collection of special Assesments and Restitution for ofenses under Chapter 77, 109A, 110 and 117 and 8 U.S.S. § 1324

CHILD ABUSE AND NEGLECT: APLICATION FOR AUTHORIZATION PURSUANT TO WELFARE AND INSTUTIONS CODE 15660

It is the further intent of the Legislature in adding Article 8.5 (comoncing with Section 15657) to this chapter to enable interested persons to engage attorneys to take up the cause of abused minor child, childrens, and dependent adults.

California Code, Welfare and Instutions Code — WIC§ 15600, les-Up. January 21-2023 https// codes.fndlaw. com /california-and-instution/code/wic Sect 15600 (code of civil procedure (CCP) civil Cod -Civ) Constitution of the state of California 1879. Business and Profesional Codbbc, Education Code (code Edc ETC, EU) (sect. 243.4 of the Penal Code Sect 290 of the P.C sect. § 2TBC or 2TBC ch subdiv. (a)(b)Sect 368 2+D § Sect 1110-5-2

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
ATE OF CALIFORNIA
TD. 113 (REV. 3-95)
28391

Case 2:26-cv-00031-BFM Document ... Filed 12/08/25 Page 72 of 116 Page ID #:72

DELIVERED DEC 15 2...

of P.C. (Jec) Pl.SO2 L/Sect. 12000/sect 14132.95 to 14132.97 sub (a) of sec. 13300 ·6 sec. 243.4 of th. P.C. Sect 290.PC, sec. 273(g) 2º 273 (d) subd (a) (h) Sec 368 of P-C Sed 141329 St. 141329 subd (a) sec 121301-6

Sec. 12300

# DISABILITY: SEEME,
# HEARME A GUIDE:☺

U.S. Citizen Child: Jeimy Aviles Gonzalez CASE NO. 22CCJP0175 9 A (Children's Bill of Rights) . MOTION . THE DUE PROCESS CLAUSE. . AMDT. 14.51 ·43 // MODERN DOCTRINE IN CORPORATION OF BILLS OF RIGHTS.

V-S. Department of Justice OFFICE OF JUSTICE PROGRAMS: . Child Abuse AND NEGLEC, U.U.S. Citizen Child Were Kidnaped by Street Gang The street Gang And other Criminal organization Graps are abusing Child Aules in different setting Sexual Explatation of her that through prostitution Child Abuse traficking. Harmful Practices Sexual Slavery, Costomary Servitud for labor. Child U.S.Citizen JeimyAviles & Still kineapen, unde Force Power of street Gang and otne criminal Grops there is no rault is Child is alive.

The office of Juvenile Justice & Deliquency Prevention (OJJ DP) Support CACs, through the Victims of Child Abuse Act of 199X (VOCAN) which provides funding for the National membership organization and Subgrants to CACs Across th Country

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
5 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following.

demand for legal remedies for children may provide little more than formalistic

Victims of Child Abuse and Neglect across the United States IN fiscal year (FY 2022) April is National Child Abuse Prevention Month. The federal Child Abuse Prevention and Treatment Act (CAPTA)(PDF) 42 U.S.C. A. S. 5106g as amended by the CAPTA Reauthorization Act of 2010 defines child Abuse and Neglect as at minimum CHILDRENS BUREAU AN OFFICE OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES

LOS ANGELES COUNTY COUNTY DCFS AND AND FAMILY COURT ATTORNEY. VIOLATIONS OT THE HUMAN RIGTS OF THE US. CITIZEN: JENNY AVIES GONZALEZ CASE NO. 22CCJP01759 A. the Journal of social welfare family taking wishes and feelings. Lacking capacity in Court of protection.

CIVIL RIGHTS COMPLIANCE PROFESSIONAL LAW LECTURERS Cal Gvmt Code §685113. Cal Grant Codes 68511/3 ca)(6)C) from fng lits. § 685 113 ( §68 5113 )(e)(1) Would violate Cal R Ct 985 (ca) by Jud Conc, Cul R Ct 985 (b) Cal R, Ct 985 (h) af in (1)(2) inf to lit (3) Lit. Subm, Enf Cu) Lit subm, rul 985 (h) (HN11) Cod IRC+. 985 (f) CHN12 It is improper to den) a Cal gvmt Cod § 685 113 ca)(6)(c)
- CIVIL PROCEDURE : GENERIAL OVERVIEW


COURT PAPER
ATE OF CALIFORNIA
TD. 113 (REV. 3-95)
28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

THE PEOPLE OF THE STATE OF CALIFORNIA, E.A. REL. XAVIER BECERRA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA vs LOS ANGELES COUNTY, et al.

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF LOS ANGELES

RULE 54 JUDGMENT COSTS. (LEGAL) COSTS LEGAL PROCESS. (ATTORNEY'S OROSE)
- FEES FORM OF PROPOSED JUDGMENT
- CALIFORNIA REVISED STATUTES ANNOTATED.
- RULES OF CIVIL PROCEDURE FOR THE SUPERIOR COURTS OF CALIFORNIA.
- CALIFORNIA REVISED STATUTES ANNOTATED.
- RULES OF CIVIL PROCEDURE FOR THE SUPERIOR COURTS OF CALIFORNIA LOS ANGELES COUNTY.
- WHEREFOR THE DEFENDANTS Respectfully request that this Court enter an order quashing service of process and/or order and eviden. tely hearing on the matter.

MOTION TO RULE 60.
RELIEF FROM A JUDGEMENT OR ORDER
a) Correction based on clerical Mistakes oversights and omissions
b) GRAUND or Relief From a Final Judgement order or proceding on motion

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

://LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES.;/CALIFORNIA DEPARTMENT OF JUSTICE!//APPLICATION FOR AUTHORIZATION PURSUANT TO WELFARE AND INSTRUCTIONS CODE 15660://SOCIAL WORK AND CHILD ABUSE://

JUDGEMENT ORDER OR PROCEEDING FOR THE FOLLOWING REASONS

• Mistake inadvertence surprise or excusable Neglect.

• Newly discovered evidence that with reasonable diligence Could not have been discovered in time to move for a new trial Under Rule 59 (b)

• Fraud whether previously called intrusive or extensive.

• Misrepresentation; involves false Statements the impact contract agreements and can be Classified as Innocent, neglegent, froduront: Failure to verify that truth of a statement Fraudulent Misrepresentation. Intentional deception

• THE JUDGEMENT VOID

• Timing and Effects of the Motion Under Rule 60 (b) must be within a Reasonable time and for reason (1) (2) and (3) No more than a Year after the entry of the Judgement or order or the date of the proceeding.

COURT PAPER
ATE OF CALIFORNIA
D. 113 (REV. 3-95)

26391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Content is available under   otherwise noted.

, Effect on finality. The motion does not affect the judgement finality or suspends its operation.

- OTHER POWERS TO GRANT RELIEF. This Rules does not limit #) a courtss power to (1) (2)

#I JUDGEMENT 16 CRS/ 16.C.R.S. Rules of civil procedure Rule 54

- FORMERLY CITED AS CRS LRCP. Rule 58(g) Rule 54 Judgement (Costs Attorneys (PRO-SE) Jaime Aria El Poater envy Ales fees Forms of Proposed Judgement Currentness

54 (B) PARTIAL JUDGEMENT IN A CASE INVOLVING MULTIPLE CLAIMS

- Partial final Judgement under Rule 54(b).

Rule 54(b) of federal Rules of procedure

- Authorizes a Court to Enter Judgement.

- FINAL JUDGEMENT: CASES INVOLVING Multiple Claims or multiple parties As Result Rule 54(b) now authorizes a district court to enter Final Judgement.

COURT PAPER
ATE OF CALIFORNIA
TD. 113 (REV. 3-95)
28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

DELIVERED DEC 15 2025

# HISTORICAL CONTEXT AND BACKGROUND

As to one or more but fewer then all claims or parties.

But only if the court expressly determines that there is no just reason for delay.

As the Supreme Court indicated in Brckinson v. Petroleum Conversation 338 US 302. 511 (1950) this config. final judgement mechanism was designed to prevent the hardship.

And denial of justice through delay in each issue must wait.

The determination of all issues as to all parties before a final judgement, can be have partial final judgement entered LL·C F3d 2019 was in the aplication of Rule 54 (b) until an ultimate ultimate final judgement has has been entered.

Rule 4 (a) (1)(A) of the federal Rules of Apellent procedure.

As a result the notice of appeal for the partial final judgement was deemed untimely.

Applicability of Rule 54 (b) the power sought to Avoid the

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

28391

# Freedom From Abuse -

Avoid the consequences of this time that she had brought only on claims and b) contributing that the lower court ruling why there was!

Sufficient to comply with the requirements of Rule 54(b) Timely invoke Fed R. Civil. Pro. 59(e) to bring such a defect the lower courts attention.

Court's pronouncement that Invoke Fed R. Civ. P. 59 (Invokes Fed R. Civ P. 54 - the decision provides a template how Practitioners can handle what they consider to be an or a partial final judgement of the district court. Stay Pending Appeal 54(b) cert, is entered or Stay, of the Litigation over the remaining claims pending appeal. Often is granted in conjunction. Sections Cr. re Mars Pueblo Sch. Dist GO No 09. Cv 00655w Jm - MFCW2011 WL 1882 8 2941 x(4). 1 D. Colo - May 17 2011 Since the Courts Granting Plantiffs motion For Rule 54 (b) cert.

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
FD. 113 (REV. 3-95)
28391

# Human Rights of Child

Search

The Court finds that it is in the interest of Justice to Stay all trial court proceedings pending a decision by the Court of Appeal. See also Jodin V Resh 425 425. F3d 820,829 (10th Cir 2005 (noting the district court had stayed the remaining claims pendings appeal. Whether the stay applicant has made strong showings that is likely to succeed on the merits (MERITS) of (US Civ Child Jerry Avila Gonealez Case, 22CV501 759 til (Child Abuse A Neglect.// Social Work and Child Serial abuse CACI No. 1660, Intention and Infliction of Emotional Distress – Essential Elements / Judicial Council of California Civil Jury.// U.S Department of Justice Case file. By General Attorney Rob Bonta for FILED AMBER ALERT CASE MISSING CHILD/There is no Human Rights in Child Aules ->Whether the Aplicant will be Irreparably Injured. (Aules (HUD)

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

taking wishes and feelings seriously.Lacking capacity in court of protection

Absent a stay, social workers Misconduct and Negligence & family Court Attorney in Social work Against Jenny Ades Gonzalez Child were kidnapped by street gang EAST SIDE LONGO 13 Barrio Chasolst, child still under the power by force by street gangs and other Criminals Groups, that are abusing Child in different settings, S Sexual exploitation her from through prostitution, Child abuse traficcking, Harmful Practices Sexual Slavery Custumary Servitud and force Labor, this impertinentent Problem over two years is now throught be much worse and worse. We urge to goverment to act NOW to ensure that there is no postcode lotter, protecting U.S, citizen Child Jenny Ades Gonzalez, Human Right dees not existe against Child . whether issurance of the stay will substentally injure the other parties interested and procceding where the public interest lies.



OURT PAPER
ATE OF CALIFORNIA
TD. 113 (REV. 3-95)

28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

DELIVERED DEC 1- 2025

Httou vi broceknvl 48 US 170, 176 6007. S. Ct 2615 as L Ed L Edre 2d 724 (1987 [not hms FED R. Cv R 62(c) 62(c) and fed R App. P. 8. Can

CONSIDER GENERALLY THE SAME FACTORS.

Human Rights Law Review.. "Strthing the Rights Lens inwards The case for Child Jenny Rule Rights. Consistent strategic Litigation ; Practice, at Los Ange Les County DCFS and family Curt Attorney

Human Rght Review Law vol. 22 Issue 4 Deember 2022.

Thac is a growing global body of strategic litigation focuse onth Amendment of Anse Righs. CHILDS JENNY AULTS For RAcTS RIGHTS VIOLATIONS. Petri tion of Child Abuse and Nogled Convention the Rights of the child ccnc) PROMOTION AND PROTECTION HUMANS RIGHTS GROUND THE CLASS(SE) Clause)

**PROCES ARE ATTACHED IN THE DEPARTMENT OF JUSTICE OF THE STATE CALIFORNIA BY GENERAL ATTORNEY ROB**

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

Jenny Aviles
22CCJP01759/ . Los Angeles County Department of Children
and Family Services et al

DELIVERED DEC 15 2025

RELATED TO CHILD PROTECTIVE SERVICES SUBMITTED REGARDING THE NATIONAL ADVISORY COMMITTEE ON SEX TRFFICKING OF CHILDREN AND YOUTH IN THE UNITED STATES MEETING. C42 USE 13146 Text contens those laws in efect on october 1 2025 FROM TITLE 42 THE PUBLIC HEATH AND WELFARE.
CHAPTER 7 - SOC SECY.
SUCHAPTER XI GEN. PROV. PEER REVIEW AND ADM. SIMPL. Br. D. CFRN. PROV.

DEAR TRUMP ADMINISTRATION.
My Name is Jaime Aviles, I am the father of U.S. citizen minor child Jenny Aviles Gonzalez who is on danger of the attempt of Los Angeles County Department of children an family serues

425 shatto place. Los Angeles California 90020
(213) 351-5602

Chief Deputy Diretor
Brandon T. Nichols

AND SOUTH COUNTY DCFS.
4060 Watson Plaza Drive Lakewood CA 90712
7562) 467-8582
Soc.waker: Claudia Vergara
Soc Wakr Maria Rodriguez

Superusor: Vera Gray
SocWorker: Brenda velazquez
Soc. worker Correen Roma
Socworkr.: Melissa Rwas.

I Desire to keep My daughter and abuse her

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-85)
US 25301

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

Jenny Aviles

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

Abuse her intraficking. several parents lose their Childrens to loose interpretations from this Agency to abuse their children and keep them which allows then to be placed with pedophiles and Criminal who sign up to be foster parents. Each and every State including mine needs to be stopped from continuing abusive behavior. They are profiting of off the abuse and their federal funding must be stopped please do something.

thank you
, Now I have bee writing continuously to invoke a sistence due to my Daughters Constitu tional Rights and United States.

—Constitutional Rights being violated
There's is No human Rights against child Human Rights Does not exist Against My Daughter Jenny Aviles Gonzalez

=THE MATTER INVOLVES BETWEEN 1: THE DEPARTMENT OF FAMILY AND PROTECTIVESERVICES AND FAMILY COURT ATTORNEYS.

JUVENILE DEPENDENCY          ATTORNEY
EDMUN.D. EDELMAN        ALEXANDRA-DAWNE
CHILDRENS COURT           LOHMAN,
201 CENTRE PLAZA          ATTORNEY
DRIVE, MONTERREY          SHELLY MARIE DA
PARK CA 91754            TERUNO:
                        HONORABLE:
                        ANNABELLE G
                        CORTEZ JUDGE

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

WHAT ARE THE PENALTIES?

OURT PAPER
TATE OF CALIFORNIA
TD. 113 (REV. 3-95)
28391

Jenny Aviles' Article VI, Section 18, and Commission Rule 102

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES;/1 AND FAMILY COURT ATTORNEYS FAILED TO PROTECT AVILES CHILD (Aviles Child)

. Social Workers, Supervisors, Directors ATTYISTS. FAMILY COURT ATTORNEYS FOSTER HOME CAREGIVERS THERAPISTS's

. Are the primary Responsible of Misconduct and Negligence in social work Against U.S. Citizen Ina. Child Jenny Aviles Gonzalez; they leave child alone in the dangerous streets of the community of Long Beach California.

- Where Child Were Kidnapped By leader and Gamg members. BY OK the dangerous STREET GANG EASTSIDE LONGO 13 BARRIOVEJO IS St. they took by force Aviles Child in a black Car. In March 23-2023 and such a tragedy pass again. in May 24-2023 . the same STREET GANG EAST SIDE LONGO 13 BARRIO VEJO CS# kidnapped Child for a se and time

This is because offical capacity actions for prospective relief are not treated as action against the state (ruling) U.S al-7 [?] OA State offical May be Sued under §1983

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

## WHAT ARE THE PENALTIES?

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

DELIVERED DEC 1 5 2025

Jenny Aviles

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

even refuse to place her with immediate family and are keeping her in foster care. Attached is my affidavit and I apologize because it was scanned upside down and appears that way on screen.

Because it is so urgent I just sent it on to you because I am unable to recant it at this time. Pleas, please please help us. I am so scared and my daughter is so scared crying to come home. I made the report on April-29-2022 with the police. LB, police, I have the proof of the illegal removal. The Judge is allowing false evidence perjury and lieing. Issuing illegal court orders. We are accused of outlandish things they cannot prove but we can totally prove they are lying and the Judge is refesing our factual evidence as truth.

they are separating me and my child still disappeared under AmbeNert case. Causing sever hardship on our finances purposely because we have to live in 2 separate places. Oh I beg you to help us duck ---- I don't

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85  28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

## WHAT ARE THE PENALTIES?

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

DELIVERED DEC 1 5 202

Jenny Aviles

22CCJP01759A    . Los Angeles County Department of Children and Family Services et al

I don't know what to do ! save our child please!

In the adage of a cliff there is the options of a guard rail at top vs an ambulance at the bottom. The risk of high damage or even death that may be unrecoverable at the bottom face the guard rail top. Guard rail #1 Enforcement and accountability for following proper protocol to even prevent child (children) from getting to the cliff without a parent or next of kin. This raises the question of what investment or effort was excerised to ensure the child (child and paternity parents (prob) relationship way encouraged and supported first and foremost? This is proxy after #1 is of kin that can maintain family care and identity. Both of these priorities maetail predeced are not just slapped over, but purposefully avoided - why? Plain and simple vs other actions more akin to the ambulance at the bottom of the cliff are supported vafunding and profits Many have even been so bold to say that

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

6 28391

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102   DELIVERED DEC 15 2025

**Jenny Aviles**
**22CCJP01759A** . **Los Angeles County Department of Children and Family Services et al**

- They made Malicious Reports and they continue to file false malicious Reports to make my child wards of the state for title IV-E Foster Care Funding.—

- This matter should be concern Protective Services and they have admitted to firing the employees for false malicious reports, yet they still have my daughter and unlawfully Kidnapped one with the aid of Long Beach. CA. police Department,

- I need your assistance in any way possible in regards to this troubling matter. Like I told you let me introduce My self: My Name is Jaime Avile; 1126 Atlantic Avenue Long Beach CA. 90813; 562-218-8100 // email poochofc31@gmail.com Father with patternity and legal custody of my U.S. Citizen fnd Child Jenny Aviles Gonzalez This Aviles Family; Elder Woman My mother, other Family member That are Disabled For life, and Aviles-Child in the Aviles Family, that are harm for the malicious false Reports defame the character and Reputation of. My family. They use My Daughter Rights making Maliciausly false Reports, Willfully unlawfully The Malicius false Reports.

DEPRIVED OF LIBERY AGAIST.
U.S. Citizen Chi fnd Jenny Aviles Gonzalez

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

**Jenny Aviles** Article VI, Section 18, and Commission Rule 102

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

Mi family, Has Become a Victim of Misconduct by pubic servants, they are misappropriating funds, forging and tampering with Goverment records, see Uring execution of docments by deception By deception, abusing their official Capacity. Violating My Fathers Rights, Ignoring governing state laws and Ignoring, The Constitution, Their basel ess allegations and lack of investigationc: Los Angeles County DCFS, Social Worker's, Interfare on my Dusters School, School education They to Midcaghters Middle School In Long Beach CA And made Intentionally Malicious false reports, In Middle school office..

L.A. County DCFS, Social workers Wilfelly unlawfully, Introduce Malicious false Deports Agains Jaime Aules, and Aules family, Violating Childs, Jenn Aules Gonzlcz Rights to Defeme Family. APRIL 29-2022. My Daughter Usatre n Ind Disappered from Middle schol. Hughes Middle school In Long Beach Ca. Personal, from Middle school and soual worker, didn't hel me to made a report for the such atragedy that hepper

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85 28391

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

Jenny Aviles

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

DELIVERED DEC 1 5 2025

DELIVERED DEC 1 5 2025

22CCJP01759 . Los Angeles County Department of Children
and Family Services et al

I Hughes Middle School. I made the Report that they, I call Long Beach police, tex arrived to Hughes Middle Scholl, awe made report. For this tragedy, Atr After 24 hrs the report Made. My Daughter still basappeare. Long Beach Police Department Set Alert of Missing Child Jenny Aules Gonzalez (She was Kidnapped in Hughes Midle school in Long Bea CA. April-29-2022) I have documents as evidence of these heinous crimes done by The Los Angeles County DCFS. Social Workers Directors. Supervisor failed to protect Aules Child.

Department of family and protective Services in hopes of your assistance in any manner. Thank you for taking the time out to read my letter F appreate your time.

• Los Angeles County DCFS, After failed To protect Jenny Aviles Gonzalez in April 29- 2022, they Malicious False Reports. Interfering in Long Beach Police Defeetives Investigantion knowingly Child was disappeared and Legal alert set of missing child. La County DCFS. Introduce, and made Malicious false reports, intentionally to defraud. Report was filed in.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

Confidential under California Constitution
Article VI, Section 18, and Commission Rule 102

Jenny Aviles

22CCJP01759A . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 15 2025

Juvenile Dependency
Edmund D. Edelman
Children's Court
201 Centre Plaza
Drive Monterry Park
CA. 91754
Dept. 4.

Honorable:
Annabelle G. Cortez
Judge.
Attorneys
Alexandra Dawne
Lohman
And Shelly Marie
Caterino.

—False Malicious report was filed in May 09-2022! In. Edmund D. edelman Children's Court 201 Centre Plaza Drive. Monterey Park CA 91754 In Dept 4. with HONORABLE ANNABELLE G. Contez; Malicious false Reports Mad a Case. No. 22CCJP01759A Jenny Aviles Gonzalez // the Case Mad by Attorneys. Alexandra Dawne Lohman // & Shelly Marie Caterino, Malicious Reports was filed fow family Court.

Unlawfully process, by Attorneys.
I am writing regarding CPS case Workers who lied to the county Attorney and Judge to get orders granted illegally. To remove (children) Child again Managing conservatorship. I have attached screenshots of courts transcripts. where the Case workers lied under OATH Contradicting information from the original petition also CPS case File.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
85 28391

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

Jenny Aviles

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

- THIS IS A VIOLATION OF •(MY) CHILDS 4th and 14th AMENDMENTS RIGHTS.

- THIS ALSO VIOLATES CIVIL RIGHTS 1983 AND CONSPIRACY AGAINST RIGHTS COVERED UNDER 1985.

· Father Jame Aviles & Aviles family. Has the legal Gov. Rights.

-to: Report Deprived of Liberty. Against His Daughter Jenny Aviles Gonzalez

FATHER: Jaime Aviles Hereby Certify that a legal Report is true.

· to say in afformed or official way
· Usually in writing that something is true or Correct.

· Father Jaime Aviles Certify this a legal Information. With the Right to Report Deprived of Liberty to Gov. National Crimes Victims, Rights Week April 22-29 2023 "Y SURVIVOR, VOICES ELEVATE, ENGAGE EFFECT. CHANGE OJP. @OJP gov t NCVR N 2023 JW. Just on OJP NEWS Public domain/ OJP/OJJDP; U.S. DEPARTMENT OF JUSTICE to the National Criminal Justice References Services (NCJRS). Judicial Review of Contested Cases by State Regulatory/ HAWAII
= CODE: OF RULES/T. He 13 DLNR.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

5 28391

Jenny Aviles
22CCJP01759.

*[redacted] under California Constitution, Article VI, Section 18, and Commission Rule 102*

. Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

[redacted] presented Misleading Information to the Judge.

- to have Temporary Managing Conservatorship granted to the California Department of Family and Protective Services For Child or Children. In the initial petition filed [redacted] stated that, This Court has emergency and/or home State Jurisdiction under Uniform Child Custody & Jurisdiction and Enforcement Act. but She contradicts that by Stating on pg 14.

i. At this time time, all the places where the child (children) have lived during the last three years and all the names and present addresses of the persons with whom the child (children) lived during the period are currently not reasonably ascertainable. The Department will continue their investigation to discover the information? HOW WERE THEY ABLE TO DETERMINE JURISDICTION OVER CHILD (CHILDREN) I A PETITION THAT LIVE OUT OF STATE WITH THEIR FATHER AND HAVE BEEN FOR THE PAST TWO YEARS?

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

- Against Social workers, Directors, Super
visors. Family Court Attorneys, Foster Home
care Givers, Activists, therapists!
    Parents, & Family. Incorporates all
proceeding paragraphs as though fully
fully set forth herein.
    . Los Angeles county DCFS Agency &
Family court Attorneys corp.
    . Violated, child Jenny Aviles fonclez
Clearly established Rights Under United
States and California constitutions!
    -As well as state and federal.
LA county DCFS&l fam Crt Atneys, Banda
ry Violations In theus practice, For Law
Enforcement. In conjunction with Particular
Rights Instructions appropriate to the
facts of the case at hand, the Grant
below Identifies the instructions of parti-
cular federal Rights to be used In conjunc
tion with te elements Instruction. Must
be the guid for analizing those claims.
CPS and corrupt court is destroying my
family right now. they removed my 13.
year old. daughter Illegaly in the such.
a tragedy that happens in Middle school
In April-29-2022. and even Refuse

The Attorney General has also moved to file under seal or redact certain exhibits in
support of this motion and references to those exhibits in the memorandum of points and
authorities in support of this motion. The Attorney General has done so out of an abundance of
caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

Confidential under California Constitution
Article VI, Section 18, and Commission Rule 102

Jenny Aviles

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

The Child "are actually first traffi- cked" legally by the governmental system before going over the the second cliff to illegal trafficking. on the first system exploiting the child for funding set the child up. for the second. Consider that there are huge federal grants and title IV funding via ASFA to the Local com-munity throught the state totaling almost a trillion per year to skip pri- rity #1 and #2! This is really over a $trillion industry when you add in all the other public and private sources that exploit the child via the system. Services public and private, that are dependant on children going. over cliff one, so much so that holagram like guardrail is insta- lled to bait children over the cliff in increasing numbers with no ability to ever return to normality'. profits drive trafficking both legal first cliff and illegal second cliff ×lack of profits

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

Jenny Aviles

22CCJP01759/ . Los Angeles County Department of Children and Family Services et al

DELIVERED DEC 1 5 2025

. This is my Childs Cantry. This is our home I support the punished 4 protecting cause.
. I am tired of the abuse from family court CPS !!! Legial Court orders and stealing children like mine absolutely no audence ato af abuse /neglect!!! be strong families in our cantry; I want my Child in a safety place, without abuse, of CPS. and, LA cantry Dcfs. persons Mentiored Befero And family court Attorneys; Judge Failed to protec U.S. citzen Jenny Aviles Gonzalez

Anonymous.
there truely needs an investigation across the Usa as requested during hearing back April 2022. All sides in hearing agreed that there wae many Countries not following the federal family 1st act needed to find away you fix this Issue.
This week 10 foster Kidss killed by Fosters Perentes. Instead cat being w/fem, ly or w. there iwn parents. I have seen this post Pictures of Children in system

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

---

The Attorney General has also moved to file under seal or redact certain exhibits in support of this motion and references to those exhibits in the memorandum of points and authorities in support of this motion. The Attorney General has done so out of an abundance of caution to meet the confidentiality requirements in paragraph 48 of the Judgment.

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

Jenny Aviles
22CCJP01759A . Los Angeles County Department of Children
and Family Services et al

DELIVERED DEC 1 5 2025

on websites. like catalog w. full details to. DOJ

- Our case is well documented from recording to court transcripts (which) were altered at times -

I really hope someone takes a look at the system of torture otherwise know at CPS -Those who spoke out in the past are now silent or decesead.

- If only our son (children) could speak out. -

- AVILES FAMILY. AND FATHER JAIME AVILES. SINCERELY, HONESTLY, RESPECTFULLY: ONNLY REPORT THE TRUE: I AGOOD FAITH: TO; (AMENDME XI) Rights Reserved to the States And the People Development of DOCTRINE Early X Amendment Jurisprudence -Best interests should be the primary Consideration. (Protection And Care) BY a U.S. Citizen Child In Jenny Aviles fion 2dez Case No 22CCJP01 759A ; Motion to DUE PROCESS CLAUSE) Amdt. 14.8.1.4.3 Maden Doctrine, incorporation of Bills of Rights (WRIT) of mandate Ordered, motion of HUMANS of RIGHTS (Human Rights Law Review Volume 22 - ISSUE (4) 2022) Motions; (42 USC 1346) Brief Promulgation - Law & REGULATION

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

DELIVERED DEC 15 2025

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

FALSE STATEMENT LYING UNDER "OATH"

· (PERJURY) WITNESSES AND ATTORNEY.

"TESTIFYING FALSELY DELIBERELY ATTEMPING (to mislead a court or legal proceeding is known as PERJURY.

(ATTORNEY AND Witnesses)

ATTORNEY
ALEXANDRA DAWNS LOHMAN.
101 CENTRE PLAZA
DRIVE MONTERREY
PARK CA-91754

ATTORNEY
SHELLY MARIE CAT-ERINO.
CORPORATE CENTRE DRIVE SUITE 406
MONTE RREY DAR.
CA 91754

HONORABLE
ANNABELLE G CORTEZ
JUVENILE DEPENDENCY
EDMUND D. EDELMAN
CHILDRENS CONTS. 201
CENTRE PLAZA DRIVE
MONTEREY PARK
CA 91754

IN THE MATTER
CASE OF:
JEVNY AVILES
CASE NO.
22CCJP0173QA
OCTOBER-11-2022
2.30 PM
DEPT. 401

· Witnesses testifying falsely. On onceal from the Court Correctly total testifying falsely deliberely attempting. It is a serious criminal offense that can be committed verbaly under "OATH.

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

IN WRITTEN AFFIDAVITS OR ON OFF-
IAL DOCUMENTS
. By (3) Social Workers Witnesses, And
Attorney AlexandiaDaine Lohman.
Lying Against Jaime Aules, Father of
Jenny Aules).
. Lying is false statement under child
OATH.
. And Injured party who unable to
sucessfully assert a contempt testimony
during give false acessations under childs
OATH.
. Reasonably by hold liable for
committing a crime or understanding
that they could go to Jail.
. for Lying Under child OATH or
Penalty of Perjury
. Under Penalty of Perjury
. there is any punishment to be give
may come in the form of the Judge feeling,
or later date.
. Particiarly parently opting to act
. Conduct applicable to
. Attorney and (3) social workers wit
nesses ireally trouble
WITH UNITED STATES JURIDICAL
Attorneys And witnesses know the difere
nce between truth or Lie.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28991

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

-THIS PRIMARILY DNE NOT TO EYECT EVIDENCES

. This primarily done to that see so much discern.

. The preferences desires and concerns

.As Expresed directly statements of preferences. allows you to have a sense of control and participation in your treatment decisions

Empircal. Evidences Risk of certification are false

.A L unpleasentes implied clearly in udge Record Date October 11-2022

A ttorney or are setting reduce with Respect to your obligation.

. You short consult with an Experienceand Attorney.

. Clients and Conflicts. interest affecting current client.

-ABA, RDC'S, Rules 3-7 on the 3.7 instead

. Of followers to Lawyers (Attorneys) to serve a witness



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102    DELIVERED DEC 5 2025

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

·The Information prouide here in,

• #I's Information ay only and should not be concidered counsel.

·No seek to obtain form on une- present Acased

·g.. 1566 request for Certificate of non existence, no existence apostille

·A wauer of important petreal rights such at the Right to a prillim inary heaning

· Witnesses willfully and knowingly
·State. that information was true
· knowingly that it was in false ( false fact ).

·The information was Material ..

· witnesses made false testmony Intended to testify.

· while Unde Senny Aules OATH

· Knaunglv Proudes, Prouding, False Information.

·IN THE CASE OATH

·Knoungly that it was in fact false

·wintensses intentionally com- mite 2 Ittes PERJURY

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28301

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution; Article VI, Section 18, and Commission Rule 102 DELIVERED DEC 15 2025

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

THERE IS CREDIBLE THREAT OF PERJURY. (PROSECUTION)

- For Lying Under Childs OATH
- There is false Statement.
- knowingly there are monitors recordings films.
- JUDGE Permit. Attorney Alexandria, Daune Ishmon (3) Social Workers Witnesses..
- To Make false Verbal accusations against Jaime Av.les
- Knowingly Intentionally false
- Knows the statement is false Material.
- JUDGE knowingly there is false accusations, accepting witnesses and Attorney the false Verbal statement under untrue Statement under Jenny Aules OATH.
- Dicemen, You know to be fake Misleading. Except As a witness during a trial As set forth abuse Rule 3.7 CBNS ROCC. femral, Rule 5.200

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

RULE 5-200 MEMBER AS WITNESS

, Attorney Lohmen serving as a trial, witness

- In the same form as likely to be called a witness

- the Attorney testimony relates to on uncontested issue on matter

- Attorney Testimony has informed, written concern.

- No form in Client.

- the Counsel should be obtaining from the head of the office or disagree on the head by witness Attorneys is Employee

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-99)

95 28591

DELIVERED DEC 1 5 2025

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

LO - AMENDMENT:
' EARLY TEN AMENDMENT JURISPRU
DENCE, AMD. 10.31 EARLY 10 AMEND-
MENT. CJ emmy Avle Gonzalez case No.
22CJP017SGA.

THE TENTH AMEND MENT
was innocently invoke by the Court until
the early twerteenth century, footnote
17US,

'. STATE OF CALIFORNIA.
OFFICE OK ADMINISTRATIVE LAW:

In re.
Department of Justice

Regulatory Action.

THE 11 : CALIFORNIA
CODE OF REGULATIONS
Amend Sections: 900, 901 902
903 904, 905
906.
Renol Sections 902-908, 909
910, 911

Notices OF APROVAL
OK REGULATORY ACTION

Government Code
Section 113493

CAL-FILE No.
2009-118-01-S

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed
under seal only if the judge expressly finds facts that establish all the following:

DELIVERED DEC 15 2025

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

STATE OF CALIFORNIA OFFICE OF ADMINISTRATIVE LAW

AMENDMENT X (10)

EARLY 10 AMENDMENT JURISPRUDENCE CHILD ABUSE AND NEGLECT, REPORT ACT CANRA Case NAME- Jenny Aules Gonalez Case NO. 2CCS D012 S9A

FILED AGENCY: CALIFORNIA DEPARTMENT of JUSTICE:

ATTORNEY GENERAL ROB BONTA

NATIONAL COALITION FOR CHILD ABUSE PROTECTION REFORM

The regulatory action Amends provisions Operations requiring local agencies to report and neglect in Child Abuse central index (ACI):

THE CORRUPT AGENCIES ABUSES FAILURE TO REPORT such a tragedy, They are the primary responsibles, DEFENDANTS LA COUNTY DCFS, Director Micheulos & B. vordon, Supervisor, Vera Grey Social worker, Brenda Velozoce, Melissa Ventu, Correan Nomoy Claudia Vergara, Mania Rodriguez, FAMILY COURT Monterey PARK a Honorable Judge Ardella G. Cortee Family Court Attorneys Shelly Mere Catenno, Alexandria Dame Lohmann DEFENDANTS, Their integrity and

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

FATHER JAIME AVILES, LEGALLY REPORTS IN A GOOD FAITH, TO PROTECT HIS DAUGHTER JENNY AVILES

Honestly and Truthfully, I Report only the true, And Legal Cases, Aproved and files By Clerk Courts.

Legal Criminal Cases; CALIFORNIA STATE BAR / Los Angeles County Superior Court. Second Appel Dep. First Central Court / 9c. Dist Court Supreme Court and federal Court / Has the Legal Criminal Cases Aproved And filed by Clerk, Accepted by MAGISTRAL JUDGE, CASE FILED IN CALIFS MADE OF JUST. BY GEN. ATTO, ROB BONTA

~ FATHER JAIME AVILES, ONLY REPORT THIS PROTH, I A LEGAL SYSTEM;
. APROVED AND FILED BY CLERK
CASE LAW RESOURCES.
493-410 OF U.S. Code Title 28, 592,
654 JUDICIARY AND JUDICIAL PROCEDURE;
        PART I. ORGANIZATIONS COURT
        PART II. DEPARTMENT OF JUSTICE
        PART III. COURT OFFICIALS AND EMPLOYEES
        PART IV. JURISDICTION AND VENUE
        PART V. LEGAL PROCEDURE
        PART VI. PARTICULAR PROCEDUG
2-73 CD 5921 SOLUTION DUE PROCESS

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

DELIVERED DEC 15 2025

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Article VI, Section 18, and Commission Rule 102.
Confidential under California Constitution.

Integrity and probity this remnds the ability of social workers, LA COUNTY DCFS, AND Welfare Law FAMILY Court Monterey Park Public Figures, failure to report and protect a US citizen Ade child public figure, Honorable Judge Annabelle G. Cortez, And Attorney Shelly Marie Calamno, Attorney, Alexandre Deane Cohman C. The ability of, compated Beesns, And their public figures, the determined Professional requirements and standard of practice.

Defendants General Abilities & trial judge flexibility scheduling criminal betting criteria, if applicable.
Overhead cches in Criminal litigation, Genere Inclination regarding Ball Involvement in Plea decisions GENERAL INVOLVEMENT IN CRIMINAL CASES; STATE BAR CA, SUPERIOR COURT LOS ANGELES COUNTY
DEFENDANTS IN LEGAL CASES, FILED ANDROVED BY CLERK
Director; Nichol T, Blondon:
CASE No. 2:2023 CV 07215
SUPERVISOR VERA FINLAY
CASE No - 2:2023-CV07215
Soc. Wker. BRENDA VELAZQUEZ
CASE No. 2:2023-CV 07215
SIXTH Amendment the Right for A FAIR TRIAL

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution
DELIVERED DEC 1 5 2025 Article VI, Section 18, and Commission Rule 102

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

SIXT AMENDMENT THE RIGHT TO A FAIR TRIAT

Soc. Wker- Mellisa Rivas
CASE No. 2:2023-cv-07215

Soc. Wker. Grreeen Romen
Case No. 2:2023-cv-0725

Soci Wkr. Claudia Vergara
Case No. 2-2023-cv-0725

Soc Wkor. CLAUDIA VERGARA
CASE No. -2:2023cv07215

Soc-kker - MARIA Rodriguez
Case No. 2:2023cv07215

Honorable Judge.
ANNABELE G. Cortez

Sate Bar RE: Case No
22-0-18431

Fam Court Att
SHELLY MARLE CATCHNO
State Bar RE: Case No.
22-0-18480

Fam. Cari Att.
ALEXANDRA LOWNE WIMAN
Sant Bar RE Case No:
22-0-18514

Fam Cort Att.
ALEXANDRA DAME LOHMA,
Superior Cort Case No.
2:2024cv1212

PLANTIFF FATHER JAMES AVLIS
Reporting Act Process! Child Abuse And
Neglect reporting Act CANRA Also, Notarize
process in legal law system. Frank
jame Avles; Repor ONLY THE TRUTH

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-89)
95 28591

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

U.S CONSTITUTION, ANNOTATED AMENDMENT X, RIGHTS RESERVED : TO THE STATES AND THE PEOPLE DEVELOPMENT OF DOCTRW

EARLY TENTH AMENDMENT JURISPRUDEN-CE. (Jurisprudence)

"BEST INTERESTS SHOULD BE THE PRIMARY CONSIDERATION.

PROTECTION AND CARE: BY . U.S CITIZEN IND. CHILD JENNY AVILES GONZA-LEZ CASE NO. 22CCJP01789A

TITLE 8 : CIVIL RIGHTS:

8-300 ENFORCEMENT OF CIVIL RIGHTS CRIMINALS STATUTES.

MOTION 2 TO DUE PROCESS CLAUSE

AMDT. 14.S1 - 4.3 // MODERN DOCTRNE INCORPORATION OF: BILLS OF RIGHTS

DISPOSITION: PETITION GRANTED ASSU-RANCE OF WRIT OF MANDATE ORDERED.

MOTION OF HUMAN RIGHTS & LAW REVIEW: C Human Rights Law Review . Volum. 22 ISSUE 4 (2022)

THERE IS NO HUMAN RIGHTS AGAI-NST; U.S CITIZEN IND CHILD & JENNY AVILES GONZALES.

RELATED TO CHILD PROTECTIVE SERVICES

SUBMITTED REGARDING THE NATIONAL ADVISORY : COMMITTEE ON SEX TRAFFICKING OF CHILDREN AND YOUTH IN THE UNITED STATES MEETING . (42 USC 1314 b

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-91)

85 28391

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Confidential under California Constitution
Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

· EARLY TENTH AMENDMENT JURISPRU-DONCE.?

· PROTECTION AND CARE.

· BY U.S. CITIZEN IMB. CHILD JENNY AVILES GONZALEZ CASE NO. 22CCJP01789M

· FREEDOM FROM ABUSE

, UNITED STATES CODES

· THE GENERAL PROVISIONS, CHAPTER 2 ACTS AND RESOLUTIONS

· FORMALTIES OF ENACMENT REPEALS SEALING OF INSTRUMENT

· MOTION: OF CIVIL RIGHTS ENFORCEMENT Sect 2 2015 to safeGaard.

· EQUAL OPPORTUNITIES (opportunity) CALIFORNIA DEPARTMENT OF JUSTICE: GEN. ATT. ROB BONTA ·

· BRIEF PROMULGATION) LAW & REGULATION: ‡ INTRODUCTION: tHE INTERPLAY OF SERVICE OF PROCESS AND REMOVAL.

· ACCESS TO JUSTICE CHILD/ U.S CITIZON IMB. Jenny Aviles Gonzalez, COUNTRY REPORTS

· ACCESSING JUSTICE FOR VIOLATION.
OF CIV. S CITIZON IMB Child Jenny Aviles Gonzalez CIVIL AND HUMAN RIGHTS / IN CARE/INSTITUTION FOSTER/HOME. LOS ANGELS COURT DCFS.

· THE RIGHT TO JUSTICE' INSTITUTIONS Anse. of Aviles Child Takes Menxl forms Child Meltreatment/Misorders and negrone Agusl Child. Including Sexel Abuse of Aviles Child

· CIVIL & HUMAN RIGHTS VIOLATIONS ·

---

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

DELIVERED DEC 15 *Article VII, Section 18, and Commission Rule 102

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

X-AMENDMENT:

: EARLY TENTH AMENDMENT JURYSPREDENCE,

AMDT NO. 31 (NO.31) EARLY TENTH AMENDMENT:

· EQUAL PROTECTION: UNITED STATES LAW:: EQUAL PROTECTION CLAUSE PROCEDURE: #In matter case No. 22COJPO FZS9A // Jonny Aules Gonzalez

/.U.S Citizen Jenny Aules Gonzales Rights Violations, Definition: Child Abuse and Neglect:

· Convention on the Rights of Child' (CRC),

: Promotion and Protection of Human Rights around the Globe,

Letion: HUMAN RIGHTS council Resolution: 5/1, 18 June 2007 in Persivent statement first 08/4/2 CRC/C//SR Co S.6 bist Jenuary SEP 202Y Adopted by the commute at its ninety seventh section (26 August, 13 Sep. (C)2024 CRC/C, #SR 5.6 ι 2 sec CRC /c) S.R 2.7,98 and CRC(c) S.R 2799 3. CRC(C) #SR/RQ 4 CRC(C) 5-6 #SR RQ 56 S.6 Add - 5CRC(C) #SR 5-6 PARS 9,92 CRC·(C) #SR RQ 5-6 D-C R8

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Confidential under California Constitution Article VI, Section 18, and Commission Rule 102

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

X - AMENDMENT

. EARLY TENTH AMENDMENT JURY PRUDENCE

-AMD 5. 10.31 EARLY TENTH AMEND-MENT. (Jenny Aviles Gonzalez case. NO-22CCJP01789A .

. THE OPINION ALSO REJECTED A TENTH AMENDMENT ARGUMENT the amendment was added to assuage concerns expressed by oponents of the constitution ratification

. There is no Human Rights Against U.S. Citizen Child. Jenny Aviles Gonzalez case No. 22ccJP01789A1/ Child Abuse and Neglect Reporting Aed CAPRAIL National Center for missing and Exploited Childrens Jenny Aviles Gonzalez NCYC M33 7783 072 ANBEN ALERT CASE Y040 5806.

"SPECIAL PROTECTION "AND AMEN-DED NATIONALITY

STATES must ensure that the promotion of protection OF Child Jenny Aviles Rights are conducted in a comprehensive manner he said declaring joint. commitment to promote and Protect Child Rights, Actions points include harm prevention and Protection and Judicial measures.

EJ(A)(1) EJ(00) Abstract of Judicement Civil An An CLAM

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28591

Confidential under Cal. Constitution
Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

TENTH AMENDMENT

. CALIFORNIA DEPARTMENT OF JUSTICE
Jenny Avles Gonzalez. Case No
22CCJP01759A,
. LOS ANGELES COUNTY DCFS.
DEFENDANTS' Director Nichols J. Brendan/
Supervisor Vera Gray/ Social Workers:
Brenda Velazquez // Melisa Rivas // Corrian
Roman / Claudea Kregoral/ Mary Rodriguez
FAMILY COURT MINTRESY PADKCA
DEFENDANTS · Honorable Annabelle G.
Cortez (Judge) // Fem. Cour At or Shelly More
Cajennoy/ Fem Cour. At. Alexandria barne
Lohmen. —
. DEFENDANTS Civil Rights Compliance
Professional & Constitutional Law Lecture
-32 SIXTH AMENDMENT
Amot. 4.3) EARLY JURISPRUDENCE
on RIGHT to TRIAL BY JURY
Sixth Amendment in all criminal
prosecutions, the accused shall enjoy
the Right a Speedy and public trial.
By an impartial jury of the State and
District wherein the Crime shall have
been commit—

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

DELIVERED DEC 1 5 2025

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

TENTH AMENDMENT:
CALIFORNIA DEPARTMENT OF JUSTICE Jenny Ales Gonzalez Case. No. 72oeypoxsga 800 ALWOR AND CHILD SEXUAL ABUSE ABUSE! Report and files In the Department of Justice,

DEFENDANTS: WILL MAKE! Making and Screening Reports of Child Abuse and Neglect ~ California! (Individual Responsability to Report, are notarized and filed. CITATION PENAL CODE: § 11166

66. FITH AMENDMENT
Amdt 4.7.5 Miranda Requirement.
Fifth Amendment. No person shall be had to answer for a capital or otherwise infamous Crime, unless on a presentment or Iductment of a Grand Jury except in footnotes,

Miranda v. Arizona 384.US, 436, 444 (1966) California v. Prysock 453 U.S. 355 1981. Rephrased the test is wether the Reasonable Conveyed a suspects Rights. the court added that reviewing courts need not examine Miranda Wornings as if consтrcing a will or defining the foremost an

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95 28391

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### THE PEOPLE OF THE STATE OF CALIFORNIA, EX. REL.

XI- AMENDMENT
Jenny Aviles Gonzalez
Case No. 22CCJb01489A
. Best interests should be the 'primary consideration'; and care of plaintiff: Aviles Child.
. The tenth Amendment most LAW firms Avoid "National coalition for child protection Reform."
. THE PEOPLE OF THE STATE OF CALIFORNIA.
   · ROB BONTA
   · ATTORNEY GENERAL
   · BUREAU OF CHILD JUSTICE
   · MOTION OF CIVIL RIGHTS ENFORCEMENT SET IN 2015,
. Title 9/9.69.000 Criminal Protection of Government process
   . 9.69.000 Protection of Government process obstruction of Justice
   . Thus obstruction of Justice statutes includ. 18 U-S §§ 1501, 1502, 1505, 1510, 1513 and 1516.
      . 1520 Generally obstruction of Justice offense.
      . CALIFORNIA code of REGULATION

Pursuant to California Rules of Court, rule 2.550(d), a judge may order that a record be filed under seal only if the judge expressly finds facts that establish all the following:

Case 2:26-cv-00313-CBM-BFM   Document 1   Filed 01/05/26   Page 115 of 116   Page ID #:115



Jaime Aviles.
1216. Atlantic Ave.
Long Beach. CA.
90813

RECEIVED
CLERK U.S. DISTRICT COURT
JAN - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

2

Western Division EK
R. Roybal Federal.
Building and United Sta
Courthouse 255 East 1st
Street. Los Angeles. Ca
90012-3132

