# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAIME AVILES,<br><br>            Plaintiff,<br><br>      v.<br><br>LOS ANGELES COUNTY DCFS, et al.,<br><br>            Defendants. | No. 2:26-cv-00313-CBM-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate Judge's Report and Recommendation and record in this matter. No objections have been filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted; and

2.    Judgment is entered dismissing this case without prejudice for failure to prosecute and follow court orders.

DATED:  June 4, 2026

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE