JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAIME AVILES,

          Plaintiff,

     v.

LOS ANGELES COUNTY DCFS, et al.,

          Defendants.

No. 2:26-cv-00313-CBM-BFM

**JUDGMENT**

    Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 4, 2026

<span style="white-space:pre">                    </span>HON. CONSUELO B. MARSHALL
<span style="white-space:pre">                    </span>UNITED STATES DISTRICT JUDGE